Joseph T. Kutyla, Esq.
Law Office of Joseph T. Kutyla
10620 Treena Street, #230
San Diego, CA 92131
jtklaw@outlook.com

Attorneys for Defendant Dale Weidenthaler

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the Estate of HERON MORIARTY and as Guardian AdLitem to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. 17cv1154-LAB(AGS)<br><br>NOTICE OF DEFENDANT DALE WEIDENTHALER'S MOTION FOR SUMMARY JUDGMENT<br><br>DATE:  12/10/2018<br><br>TIME:  11:15 A.M.<br><br>DEPT:   14A<br><br>HONORABLE LARRY A. BURNS<br><br>**ORAL ARGUMENT REQUESTED** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEY'S OF RECORD HEREIN:

Please take notice that on December 10, 2018 at 11:15 a.m. in Department 14A before the Honorable Larry A. Burns, United States District Judge located at 333 W. Broadway, San Diego, CA. 92101 Defendant DALE WEIDENTHALER will move the court for Summary Judgment pursuant to FRCP, Rule 56 (a) upon the grounds that 1) plaintiff's federal claim is barred by the doctrine of Qualified Immunity, 2) the undisputed material facts and evidence in support of this motion demonstrate that the moving party is entitled to judgment as a matter of law as to the claims under 42 *U.S.C.*

1. 1983 and the state law claim for Negligence.
2.     Said motion will be based upon this Notice, the attached Memorandum of Points and Authorities, the Declaration of Joseph T. Kutyla, the Notice of Lodgment and exhibits attached thereto, and upon such other and further oral and documentary evidence that may be presented at the hearing of this motion.
6. .
7. DATED: October 7, 2018

        By: s/ JOSEPH T. KUTYLA,
        Attorney for Defendants DALE WEIDENTHALER
        E-mail: jtklaw@outlook.com