Joseph T. Kutyla, Esq.
Law Office of Joseph T. Kutyla
10620 Treena Street, #230
San Diego, CA 92131
jtklaw@outlook.com

Attorneys for Defendant Dale Weidenthaler

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the Estate of HERON MORIARTY and as Guardian Ad Litem to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. 17cv1154-LAB(AGS)<br><br>DECLARATION OF JOSEPH T. KUTYLA IN SUPPORT OF DEFENDANT DALE WEIDENTHALER'S MOTION FOR SUMMARY JUDGMENT<br><br>Date: December 10, 2018<br>Time: 11:15 a.m.<br>Courtroom: 1410<br>Judge: Hon. Larry Alan Burns<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY COURT |

I, Joseph T. Kutyla declare as follows:

1. That I am an attorney duly licensed to practice before the Court's of the State of California and the United States District Court, Southern District and that I am attorney of record herein for Defendant, Dale Weidenthaler. The matters stated herein are based upon my personal knowledge.

2. Attached to the Notice of Lodgment in support of the Motion for Summary Judgment of Defendant, Dale Weidenthaler are true and exact copies of the following documents, exhibits and deposition transcripts:

17cv1154-LAB(AGS)

**Exhibit "A":** San Diego Sheriff's Department Detentions Services Bureau- Manual of Policies and Procedures, Section J.1 dated March 11, 2016

**Exhibit "B":** Excerpts from the deposition of defendant, Dale Weidenthaler.

**Exhibit "C":** Excerpts from the deposition of defendant, Dr. Ralph Lissaur.

**Exhibit "D":** Excerpts from the deposition of defendant, Amanda Daniels.

**Exhibit "E":** Excerpts from the deposition of defendant, Deputy Lois Guillory.

I declare under penalty of perjury that the forgoing is true and correct and that I could competently testify thereto.

Executed on October 7, 2018 at San Diego, Ca.

\_\_\_\_/s/_____
Joseph T. Kutyla
Attorney for Defendant, Dale Weidenthaler