1  Joseph T. Kutyla, Esq.
   Law Office of Joseph T. Kutyla
2  10620 Treena Street, #230
   San Diego, CA 92131
3  jtklaw@outlook.com

4  Attorneys for Defendant Dale Weidenthaler

5

6

7              **IN THE UNITED STATES DISTRICT COURT**

8           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

9

10  MICHELLE MORIARTY, an individual,  )    No. 17cv1154-LAB(AGS)
    as Successor in Interest to the Estate of  )
11  HERON MORIARTY and as Guardian Ad )    NOTICE OF LODGMENT OF EXHIBITS
    Litem to ALEXANDRIA MORIARTY,  )       IN SUPPORT OF DEFENDANT DALE
12  ELIJAH MORIARTY, and ETERNITY  )       WEIDENTHALER'S MOTION FOR
    MORIARTY,                      )       SUMMARY JUDGMENT
13                                 )
              v.                   )
14                                 )       Date:  December 10, 2018
    COUNTY OF SAN DIEGO, DR.       )       Time: 11:15 a.m.
15  ALFRED JOSHUA, individually, and )     Courtroom: 1410
    DOES 1 through 10, Inclusive,  )       Judge: Hon. Larry Alan Burns
16                                 )
              Defendants.          )       NO ORAL ARGUMENT UNLESS
17  _____ )   REQUESTED BY COURT

18

19

20      Defendant DALE WEIDENTHALER does hereby lodge with this Court, the

21  following exhibits in support of defendant's Motion for Summary Judgment:

22

23      **Exhibit "A":**  San Diego Sheriff's Department Detentions Services Bureau-

24  Manual of Policies and Procedures, Section J.1 dated March 11, 2016

25      **Exhibit "B":**  Excerpts from the deposition of defendant, Dale Weidenthaler.

26      **Exhibit "C":**  Excerpts from the deposition of defendant, Dr. Ralph Lissaur.

27      **Exhibit "D":**  Excerpts from the deposition of defendant, Amanda Daniels.

28      **Exhibit "E":**  Excerpts from the deposition of defendant, Deputy Lois Guillory.

                                                          17cv1154-LAB(AGS)

1    DATE:  October 7, 2018

2

3                                                    ____/s/_____
                                                     Joseph T. Kutyla

4                                                    Attorney for Defendant, Dale
                                                     Weidenthaler

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                          17cv1154-LAB(AGS)