# EXHIBIT "A"

**EXHIBIT "A"**
**17cv1154-LAB(AGS)**

San Diego County Sheriff's Department Detention Services Bureau – Manual of Policies and Procedures

| | |
|---|---|
| DATE: | MARCH 11, 2016 |
| NUMBER: | J.1 |
| SUBJECT: | SAFETY CELLS; DEFINITION AND USE |
| RELATED SECTIONS: | I.52, J.4, J.5, M.25, MSD S.1, MSD S.10 |

PURPOSE

To set forth procedures that ensure safety cells in the Sheriff's facilities are used to house only those inmates that meet the criteria outlined in this section, in accordance with Title 15 and local, state and federal laws.

POLICY

Inmates who have been assessed for Inmate Safety Program housing and approved by the watch commander for placement, may be temporarily placed in a safety cell when necessary to prevent the inmate from imminently inflicting physical harm on themselves or others, or destroying property (refer to DSB P&P J.5).

Inmates returning from the Emergency Psychiatric Unit at San Diego County Psychiatric Hospital (EPU) with orders for Inmate Safety Program housing shall be housed in accordance with DSB P&P J.5.

Safety cells are not to be used for punishment or a substitute for treatment.

DEFINITION

A safety cell is a single occupancy temporary housing unit constructed with a padded surface and other security features as outlined in CCR Title 24 Sec 470A.2.5.

PROCEDURE

I.  PLACEMENT IN SAFETY CELLS

    A.  The watch commander, in collaboration with authorized Sheriff's medical personnel, will provide approval prior to the placement of an inmate in the safety cell (refer to DSB P&P J.5).  In the most volatile of circumstances, staff may place the inmate in a safety cell while obtaining approval to keep the inmate from being injured.

    B.  An inmate placed into a safety cell shall have all of his/her clothing and property removed, including shoes, belts, removable rings, wristband, etc.  Such property shall be stored in a secure location until the inmate is cleared.  For security purposes, deputies will remain with the inmate during the process to ensure all items listed above are removed.

    C.  All inmates placed in a safety cell will be issued a safety garment.

        1.  The safety garment is the only item of clothing the inmate may possess while in the safety cell.

    2.    The safety garment may be removed from the inmate if specific identifiable risks to the inmate's safety or to the security of the facility are documented. If the safety garment is removed the following notifications shall be made:

        a.    The mental/medical health staff shall be notified immediately.

        b.    The watch commander shall be notified immediately of the removal of the safety garment.

        c.    The reason the safety garment was removed must be articulated in an incident report.

    3.    All safety garments shall be cleaned and disinfected after each use.

D.    An incident report shall be written on every inmate placed into the safety cell. A new incident report shall be written every 24 hours to document the authorization for continued retention.

## II. SAFETY CELL HOUSING TRANSFERS

A.    If an inmate is transferred from one facility to another for placement into a safety cell, the following procedures will be followed:

    1.    The deputy from the originating facility will articulate in an incident report the reason for the safety cell placement and will transport the inmate to the new facility.

    2.    Deputies assigned to the receiving facility will assume custody of the inmate at intake/processing and will conduct the actual placement of the inmate into a safety cell.

    3.    The deputies conducting the safety cell placement will write a supplemental safety cell placement report.

## III. MONITORING OF INMATES IN SAFETY CELLS

A.    Staff shall closely monitor any inmate placed in a safety cell. All checks, observations, assessments and reviews will be documented on the observation log. Required safety cell checks are:

    1.    Every inmate in a safety cell shall be directly observed by sworn staff at least twice in every 30-minute period. The intervals of the checks within the 30-minute period should vary. Such observations shall be documented on the Inmate Observation Log (Form J-19A). The inmate should be observed for the following:

        a.    Responsive to verbal commands.

        b.    Difficulty in breathing.

        c.    Evidence of vomiting or any other condition that may require medical attention.

        d.    Deputies should be cognizant of the inmate's physical condition. Medical staff must be notified immediately if the inmate exhibits any signs of medical distress, including agitated psychosis and/or agitated delirium.

        e.    A physician shall be contacted for an opinion anytime the inmate's status or condition warrants an evaluation.

2. Each inmate shall have a medical assessment within 30 minutes of placement into the safety cell. Medical staff shall observe the inmate every 4 hours or whenever clinically indicated. Such observations shall be documented on the Inmate Observation Log.

3. A mental health evaluation must occur within 24 hours of placement in the safety cell to determine the inmate's need for mental health services and their suitability for retention in the safety cell. The inmate shall be medically assessed for retention every 24 hours after the initial assessment.

4. Every eight hours, the watch commander or designee will evaluate the inmate for continued retention in a safety cell.

## IV. NUTRITIONAL REQUIREMENTS

A. Deputies are responsible for providing meals during normal meal times. The deputy providing the meal must ensure there are no items that the inmate may use to inflict injury to self or cause damage to the cell, such as plastic utensils. All offerings or refusals of meals will be documented on the Inmate Observation Log.

B. Deputies shall offer water at least hourly in addition to providing it upon request while the inmate is awake. All offerings or refusals of water will be documented on the Inmate Observation Log using the check boxes.

C. All food and water served to inmates in a safety cell shall be served in disposable containers.

## V. REMOVAL FROM SAFETY CELLS

A. In reviewing whether an inmate shall be removed from or remain in a safety cell, the watch commander will consult with an authorized Sheriff's mental health provider to determine whether the inmate, if removed from the safety cell, is likely to pose a threat to himself/herself or others. However, when the safety of an inmate would be threatened by continued retention, the inmate shall immediately be removed from the safety cell.

If a watch commander removes an inmate from a safety cell under exigent circumstances and without consultation with an authorized Sheriff's mental health provider, the watch commander is required to document his/her action and rationale in JIMS in an incident report.

J.1 SAFETY CELLS; DEFINITION AND USE  
#16//04

Page 3 of 4

**EXHIBIT "A"**  
**17cv1154-LAB(AGS)**

SDSO 000489

    B.    If the inmate is to be removed from the safety cell for the purpose of release from custody, the watch commander will consult with Sheriff's Medical personnel and arrange for transportation of the inmate to EPU or Tri-City Medical Center (TCMC).

        1.    A Request for 72 Hour Detention (MH-302) form and a NetRMS incident report shall be completed by sworn staff prior to transfer to EPU or TCMC.

        2.    Medical staff shall notify EPU or TCMC of the impending transfer of the inmate.

        3.    A deputy will transport the inmate to EPU or TCMC, and required documents to the psychiatrist. The deputy will remain with the released inmate, until a safe and orderly transfer of services is completed and the psychiatrist on duty releases the deputy from further standby duties.

VI.    Safety cells shall be cleaned and disinfected using facility approved disinfectants or bleach solution after every use and every 24 hours when occupied.

VII.    Fire safety in and around safety cells

    A.    Personnel responding to a fire in a safety cell should be aware of the toxicity of the smoke and shall use Survivair breathing equipment when suppressing the fire or evacuating other inmates.

    B.    A fire hose or a multi-purpose extinguisher shall be located within twenty (20) feet of all safety cells.