# EXHIBIT "C"



**EXHIBIT "C"**          **17cv1154-LAB(AGS)**

Ralph Lissaur, M.D.  8/21/2018

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   MICHELLE MORIARTY, an individual, As  )
     Successor in Interest to the Estate   )
 5   of HERON MORIARTY and as Guardian Ad  )
     Litem to ALEXANDRIA MORIARTY, ELIJAH  )
 6   MORIARTY, and ETERNITY MORIARTY,      )
                                           )
 7              Plaintiffs,                )
                                           )
 8         vs.                             ) Case No.: 17-cv1154-
                                           ) LAB(AGS)
 9   COUNTY OF SAN DIEGO, DR. ALFRED       )
     JOSHUA, individually, and DOES 1      )
10   through 10, Inclusive,                )
                                           )
11              Defendants.                )
     _____)
12

13

14

15            DEPOSITION OF RALPH LISSAUR, M.D.

16                  SAN DIEGO, CALIFORNIA

17                    AUGUST 21, 2018

18

19

20

21

22      REPORTED BY:  Kathryn L. Edwards, CSR No. 7288

23

24

25
```

Peterson Reporting Video & Litigation Services

**EXHIBIT "C"**          **17cv1154-LAB(AGS)**

Ralph Lissaur, M.D.  8/21/2018

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   MICHELLE MORIARTY, an individual, As )
     Successor in Interest to the Estate  )
 5   of HERON MORIARTY and as Guardian Ad )
     Litem to ALEXANDRIA MORIARTY, ELIJAH )
 6   MORIARTY, and ETERNITY MORIARTY,     )
                                          )
 7             Plaintiffs,                )
                                          )
 8        vs.                             ) Case No.: 17-cv1154-
                                          ) LAB(AGS)
 9   COUNTY OF SAN DIEGO, DR. ALFRED      )
     JOSHUA, individually, and DOES 1     )
10   through 10, Inclusive,               )
                                          )
11             Defendants.                )
     _____)
12

13

14             DEPOSITION OF RALPH LISSAUR, M.D.,

15   taken by the attorney for the Plaintiff, commencing at

16   the hour of 10:15 a.m., on Tuesday, August 21, 2018, at

17   401 West A Street, Suite 1900, San Diego, California,

18   before Kathryn L. Edwards, Certified Shorthand Reporter

19   in and for the State of California.

20

21

22

23

24

25
```

Ralph Lissaur, M.D.  8/21/2018

```
 1    APPEARANCES:

 2         For the Plaintiffs:

 3              MORRIS LAW FIRM
                BY:  CHRISTOPHER MORRIS, ESQ.
 4                   and
                     DANIELLE R. PENA, ESQ.
 5              501 West Broadway, Suite 1480
                San Diego, California 92101
 6              619-826-8060

 7
           For the Defendant, County of San Diego:
 8
                OFFICE OF COUNTY COUNSEL
 9              BY:  CHRISTOPHER J. WELSH, ESQ.
                1600 Pacific Highway, Room 355
10              San Diego, California  92101
                619-531-4860
11

12         For the Defendant, Dale Weidenthaler:

13              JOSEPH T. KUTYLA, ESQ.
                10620 Treena Street, Suite 230
14              San Diego, California 92131
                858-345-9560
15

16         For the Defendant, Ralph Lissaur, M.D.:

17              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
                BY:  ROBERT W. HARRISON, ESQ.
18              401 West A Street, Suite 1900
                San Diego, California 92101
19              619-321-6200

20
           For the Defendant, CPMG, Amanda Daniels, N.P.:
21
                LOTZ, DOGGETT & RAWERS, LLP
22              BY:  BRIAN T. BLOODWORTH, ESQ.
                101 West Broadway, Suite 1110
23              San Diego, California 92101
                619-233-5565
24

25
```

Ralph Lissaur, M.D.  8/21/2018

```
 1       A    A patient could be by themselves.
 2       Q    There's three or four different types of
 3  medical housing that could be isolative housing.  Were
 4  you aware of any medical isolative housing options that
 5  were available to you to make assignments to?
 6            MR. HARRISON:  Vague and ambiguous.  Lacks
 7  foundation.  Calls for speculation.
 8            MR. WELSH:  Vague and ambiguous.
 9            THE WITNESS:  No.
10  BY MR. MORRIS:
11       Q    Well, how could you make appropriate medical
12  housing determinations, sir, if you didn't know what
13  types of medical housing options were available?
14            MR. HARRISON:  Argumentative as phrased.
15  Also, it's incomplete.  Lacks foundation.
16            THE WITNESS:  So if a patient is suicidal,
17  then the patient would go -- then I would recommend for
18  a patient to go to a suicide cell, independent of the
19  custody classification of the different types of housing
20  in the institution.
21            If a patient is homicidal, then I would
22  recommend that the patient be kept away from other
23  patients or other inmates, so that they didn't have an
24  opportunity to implement their homicidal intent.  And so
25  being by themselves in a cell, whether that cell was one
```

```
 1   type of housing or other type of housing, wasn't really
 2   foremost on my mind, but being by themselves would be
 3   what I would recommend.
 4       Q   So you simply made a recommendation.  If the
 5   patient was actively suicidal, they would go to a safety
 6   cell; right?
 7       A   That's correct.
 8       Q   And if they were less than --  If they were
 9   homicidal, that they would be segregated?
10       A   That's correct.
11       Q   Okay.  What if the patient was agitated and
12   psychotic?
13           MR. WELSH:  Vague and ambiguous.  Incomplete
14   hypothetical.
15           MR. HARRISON:  Join.
16           THE WITNESS:  So agitation and psychosis
17   exists on a spectrum, and I guess it depends on the
18   degree of agitation and psychosis.  But if someone is
19   floridly agitated and psychotic, then I would want them
20   to be by themselves.
21   BY MR. MORRIS:
22       Q   In what type of housing?
23       A   It wouldn't be a type of housing.  It would be
24   they'd be by themselves.
25       Q   So you were not familiar then with the level
```