# EXHIBIT "E"



**EXHIBIT "E"**      **17cv1154-LAB(AGS)**

Lois Guillory  8/14/2018

```
 1                IN THE UNITED STATES DISTRICT COURT

 2               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4

 5

 6    MICHELLE MORIARTY, an individual
      as Successor in Interest to the
 7    Estate of HERON MORIARTY and as
      GUARDIAN AD LITEM to ALEXANDRIA
 8    MORIARTY, ELIJAH MORIARTY and
      ETERNITY MORIARTY,
 9
                  Plaintiff,
10

11           vs.                              NO. 3:17-cv-01154-LAB

12    COUNTY OF SAN DIEGO, DR. ALFRED
      JOSHUA, individually, and DOES
13    1 through 10, inclusive,

14
                  Defendants.
15    _____

16

17                DEPOSITION OF LOIS GUILLORY

18                    San Diego, California

19                     August 14, 2018

20

21    Reported by:
      Annette Moore
22    CSR No. 2648

23

24

25
```

Peterson Reporting Video & Litigation Services    1

**EXHIBIT "E"**       **17cv1154-LAB(AGS)**

Lois Guillory  8/14/2018

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4

 5

 6   MICHELLE MORIARTY, an individual
     as Successor in Interest to the
 7   Estate of HERON MORIARTY and as
     GUARDIAN AD LITEM to ALEXANDRIA
 8   MORIARTY, ELIJAH MORIARTY and
     ETERNITY MORIARTY,
 9
                 Plaintiff,
10

11          vs.                      NO. 3:17-cv-01154-LAB

12   COUNTY OF SAN DIEGO, DR. ALFRED
     JOSHUA, individually, and DOES
13   1 through 10, inclusive,

14
                 Defendants.
15   _____

16

17

18

19

20

21          Deposition of LOIS GUILLORY, taken on behalf

22   of Plaintiff, at 1600 Pacific Highway, Suite 355, San

23   Diego, California, beginning at 10:16 a.m. and ending

24   at 4:18 p.m., on Tuesday, August 14, 2018, before

25   Annette Moore, Certified Shorthand Reporter No. 2648.
```

Lois Guillory  8/14/2018

1   **assembled outside of that door at any time prior to**

2   **them approaching this other inmate for the blood**

3   **draw?**

4          A   Like I said, we spoke to this inmate

5   first.  When they extracted him, we moved on to Mr.

6   Moriarty they were there in the beginning, yes.

7          **Q   Do you recall seeing Amanda Daniels**

8   **anywhere near the assembly of deputies that were**

9   **congregated anywhere near the ad seg cell for the**

10  **purpose of this blood draw on the other inmate?**

11         A   Like I said, I believe we were there to

12  try to convince him to come out peacefully.  That's

13  what they normally use the psych provider for.  If

14  someone was not complying with the deputy, they would

15  bring someone in, the psych provider to try to convince

16  him to come on out of the cell.  She was there, yes.

17         **Q   At any time, Deputy Guillory, did you ever**

18  **convey -- during your phone conversation with Deputy**

19  **Weidenthaler, did you ever convey any information to**

20  **the effect that the reason for the request for transfer**

21  **was because Heron Mortiarty had been acting out**

22  **suicidally giving express suicidal thoughts?**

23         A   Not for suicidal thoughts, but for

24  homicidal thoughts.

25         **Q   Was there any mention of suicidal behavior**

Lois Guillory  8/14/2018

1   or thoughts of any kind whatsoever in any conversation
2   you had with Dale Weidenthaler concerning Heron
3   Moriarty?
4          A   No.  When I called him, I said she
5   recommends safety cell for homicidal thoughts, not
6   suicidal thoughts, homicidal thoughts is what I told
7   him.
8          Q   During this multi-disciplinary meeting,
9   did Dale Weidenthaler's name come up at all?
10         A   I can't recall that.  I honestly don't
11  remember if his name came up.  We just said supervisor.
12         Q   Getting back to this report that's been
13  marked as Exhibit 15.  Did you ever see that report,
14  were you given a chance to review that by the deputy
15  who prepared it in order to review it to make any
16  corrections to the report?
17         A   No, not until I --
18             MR. WELSH:  You weren't given it to make
19  corrections.  That's what he's asking you.
20             THE WITNESS:  No.
21  BY MR. KUTYLA:
22         Q   In the interview with the homicide
23  investigator, you did use the words, when referring to
24  Dale Weidenthaler's statement, that Dale Weidenthaler
25  had said the words, "No, not now."  Those words are on

**EXHIBIT "E"**                    **17cv1154-LAB(AGS)**