THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By CHRISTOPHER J. WELSH, Senior Deputy (State Bar No. 120766)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 557-4039; Fax: (619) 531-6005
E-mail: christopher.welsh@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Dr. Alfred Joshua, Nurse Jaime Preechar, Deputy Luis Escobar and Deputy Sean Dwyer

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the Estate of HERON MORIARTY and as Guardian Ad Litem to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. 17cv1154-LAB(AGS)<br><br>**DECLARATION OF ALFRED JOSHUA, M.D. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with the Notice of Motion; Memorandum of Points and Authorities; and Joint Statement of Undisputed Facts]<br><br>Date:     April 8, 2019<br>Time:     11:15 a.m.<br>Courtroom: 14A<br>Honorable Larry A. Burns<br>**ORAL ARGUMENT REQUESTED**<br><br>Trial Date: None |

I, Alfred Joshua, M.D, declare, if sworn as a witness, I could competently testify as follows:

1. I am a licensed Physician and Surgeon in the State of California, board certified in Emergency Medicine. I completed a two-year fellowship in Hospital Administration at U.C. San Diego. I also earned a Master of Business Administration degree from the University of California, Irvine. I am a Certified Correctional Health Professional, certified by the National Commission of Correctional Healthcare.

17cv1154-LAB(AGS)

2. From 2013 until 2018, I was Chief Medical Officer for the San Diego County Sheriff's Medical Services Division, which administered medical and mental health services at seven detention facilities, including the Vista Detention Facility and Central Jail. In that administrative position, I exercised discretion and considered the risks and benefits of policies related to jail suicides.

3. I had no physician-patient relationship with Heron Moriarty at any time.

4. I had no contact or communication with Heron Moriarty at any time.

5. The Central Jail "Pilot Program" referred to at paragraphs 10 and 12 of the First Amended Complaint was created in April, 2016. The "Pilot Program" did not change procedure related to booking suicidal inmates at the Vista Detention Facility.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed this 19th day of February, 2019, at San Diego California.

_____ MD
Alfred Joshua, M.D, MBA, CCHP-P, FAAEM