UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 17cv1154-LAB (AGS)<br><br>**ORDER DISMISSING CLAIMS AND TERMINATING MOTIONS** |

On March 27, the parties filed a joint motion to dismiss Defendants Dr. Joshua, Nurse Preechar, Luis Escobar, and Sean Dwyer. (Docket no. 96.) That same motion agreed to withdraw Plaintiff's motion to amend the pleadings. (Docket no. 70.)

All claims against these four Defendants are **DISMISSED WITH PREJUDICE** and as to these claims, the parties shall bear their own costs and attorney's fees. The motion for leave to amend (Docket no. 70) is **DEEMED WITHDRAWN** and the Clerk is directed to terminate it. Dr. Joshua's motion for summary judgment (Docket no. 73) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Date: March 28, 2019

*Larry A. Burns*
Hon. Larry A. Burns
Chief United States District Judge