Joseph T. Kutyla, Esq.
Law Office of Joseph T. Kutyla
10620 Treena Street, #230
San Diego, CA 92131
jtklaw@outlook.com

Attorneys for Defendant Dale Weidenthaler

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the Estate of HERON MORIARTY and as Guardian Ad Litem to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. 17-cv-01154-LAB(AGS)<br><br>**DEFENDANT DALE WEIDENTHALER'S MOTION IN LIMINE #3 TO EXCLUDE EVIDENCE OF POST INCIDENT TEXT MESSAGES BETWEEN NURSE DANIELS AND DEPUTY JOHNSON**<br><br>(MOTION IN LIMINE 3 OF 5)<br><br>DATE: JUNE 12, 2020<br><br>TIME: 9:00 A.M.<br><br>HONORABLE LARRY BURNS |

Defendant DALE WEIDENTHALER hereby submits the following Motion in Limine to exclude Exhibit 35 (Text messages between Defendant Daniels and Deputy Johnson):

# I

# TEXT MESSAGES (EX. 35) ARE HEARSAY

Plaintiff's have identified as Exhibit 35 (Ex. "A" attached hereto) is a 4 page text message chain between defendant, Nurse Practitioner Amanda Daniels and Deputy Duane Johnson.  Deputy Johnson was employed at VDF as a liaison to the psychiatric staff.

The text message is initiated by Johnson.  The letter "J" appears next to his messages.  Nurse Daniels' messages are highlighted in blue.

Deputy Johnson begins by notifying Nurse Daniels about Moriarty's death. The exchange between Johnson and Daniels, in this document, is full of hearsay, speculation and opinion about many issues such as:

1. Johnson's opinion that "everyone else" dropped the ball, "not you".

2. Daniel's opinion that an "they" need a scapegoat.

3. Johnson's opinion that "this one is gonna cost the county".

4. Johnson's opinion that "this is Nishimoto all over again" (a reference to Nishimoto vs. County of San Diego 3:16-cv-01974-BEN-LL).

5.  Johnson's statement that another employee (Jeanette) has printed and saved Daniel's notes.

Because this document is hearsay, Defendant requests this court to order that this exhibit shall not be displayed to the jury unless properly admitted into evidence; and then

only those portions that are in fact admitted.

DATED: May 8, 2020

By: s/ JOSEPH T. KUTYLA,
Attorney for Defendant DALE WEIDENTHALER
E-mail: jtklaw@outlook.com