EXHIBIT "A"

**Johnson**

Tuesday, May 31, 2016

**J:** Sorry for the lateness. Just heads up. Moriarty killed himself tonight. — 11:42 PM

**J:** You saw him today? — 11:43 PM

Yes. How — 11:44 PM

**J:** He stuffed his thirty down his throat and choked

**J:** I heard you had recommended safety cell but we're overruled? — 11:45 PM

Omg. Thank you for letting me know

Yes — 11:45 PM

I asked but sergeant said no — 11:46 PM

He denied si — 11:47 PM

**J:** This was Nishimoto all over again. — 11:47 PM

Ughh. I feel sick. — 11:48 PM


Exhibit A

**Johnson**

> **Ughh. I feel sick.**
> 11:48 PM

J: Yea apparently he ate his shirt but you could see anything when they are under those two thick blankets
11:49 PM

J: It looks bad cause tiger had already set it.

J: Rigormortis
11:51 PM

> **Omg**
> 11:51 PM

J: Yea this one is gonna cost the county
11:52 PM

Wednesday, June 1, 2016

> **Do you have access to my note? Can you print it?**
> 12:36 AM

> **I put the safety cell was discussed. I don't want someone getting rid of it**
> 12:37 AM

J: I can't right now. I'll talk to jeanette when she come in and have her get it.

Exhibit A

**Johnson**

**J:** I can't right now. I'll talk to jeanette when she come in and have her get it.
*1:45 AM*

**J:** I read the whole history with this guy. He was supposed to go into a safety cell at CJ. Bit they were full that Thursday night so he was brought here to VDF. And I don't know why he never went into the safety cell or at least EOH.
*1:55 AM*

**J:** Jeanette has all your notes printed and saved in her office.
*5:07 AM*

**Me:** Awesome thank u
*5:08 AM*

**J:** Yep right at the bottom is your note about discussing with the sgt. About the safety cell and he said no.
*5:10 AM*

**Me:** K good
*5:11 AM*

**J:** Try to have a nice day. Don't worry as usual everyone else dropped the ball not you.
*5:13 AM*

**Me:** Thank you.  I just know they need a scapegoat....
*5:14 AM*

Exhibit A

**Johnson**

**Me (5:08 AM):** Awesome thank u

**J (5:10 AM):** Yep right at the bottom is your note about discussing with the sgt. About the safety cell and he said no.

**Me (5:11 AM):** K good

**J (5:13 AM):** Try to have a nice day. Don't worry as usual everyone else dropped the ball not you.

**Me (5:14 AM):** Thank you. I just know they need a scapegoat....

**J (5:53 AM):** EOH is a good thing but they have to use it.

**J (5:54 AM):** There was no reason he should have not gone in. I was working when he was brought in and they stuck into S5

**Me (5:54 AM):** Who decided that

**J (6:53 AM):** Lt banks and sgt. Estrada

Exhibit A