Declaration of Service

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 10620 Treena Street, #230, San Diego, CA 92131

On October May 8, 2020, I served the following documents:
**Defendant Dale Weidenthaler's Motion in Limine #3 of 5 TO EXCLUDE EVIDENCE OF HEARSAY TEXT MESSAGES BETWEEN DANIELS AND DEP. JOHNSON**

in the following manner:

☒ By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

**PLEASE SEE ATTACHED LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2020, at San Diego, California.

By: s/ JOSEPH T. KUTYLA
E-mail:  jtklaw@outlook.com

Michelle Moriarty, etc., et al. v. County of San Diego, et al.; USDC No. 17-cv-11154-LAB(AGS)

PARTIES SERVED

Christopher S. Morris, Esq.
Danielle R. Pena, Esq.
Morris Law Firm APC
501 West Broadway, Suite 1480
San Diego, California 92101
(619) 826-8060; (619) 826-8065 (fax)
cmorris@morrislawfirmapc.com; dpena@morrislawfirmapc.com;
(Attorneys for Plaintiff Michelle Moriarty, as Successor in Interest and Guardian
Ad Litem to Alexandria, Elijah and Eternity Moriarty)

Christopher Welsh, Esq.
COUNTY OF SAN DIEGO
1600 Pacific Highway, Room 355
San Diego, California 92101
Christopher.Welsh@sdcounty.ca.gov;
(Attorneys for County of San Diego and Dr. Alfred Joshua)

Robert W Harrison
Wilson, Elser, Moskowitz, Edelman & Dicker
401 West A Street
Suite 1900
San Diego, CA 92101
(619)321-6200
Fax: (619)321-6201
Email: robert.harrison@wilsonelser.com
Attorneys for Defendant Ralph Lissaur

Jeffrey Scott Doggett
Lotz Doggett and Rawers
101 West Broadway
Suite 1110
San Diego, CA 92101
(619)233-5565
Fax: (619)233-5564
Email: jdoggett@ldrlaw.com
Attorney's for Defendants Correctional Facilities Management Group, Inc. and
Amanda Daniels

Michelle Moriarty, etc., et al. v. County of San Diego, et al.; USDC No. 17-cv-11154-
LAB(AGS)