EXHIBIT "A"

**Johnson**

Tuesday, May 31, 2016

**J:** Sorry for the lateness. Just heads up. Moriarty killed himself tonight. *11:42 PM*

**J:** You saw him today? *11:43 PM*

**Me:** Yes. How *11:44 PM*

**J:** He stuffed his thirty down his throat and choked

**J:** I heard you had recommended safety cell but we're overruled? *11:45 PM*

**Me:** Omg. Thank you for letting me know

**Me:** Yes *11:45 PM*

**Me:** I asked but sergeant said no *11:46 PM*

**Me:** He denied si *11:47 PM*

**J:** This was Nishimoto all over again. *11:47 PM*

**Me:** Ughh. I feel sick. *11:48 PM*

Exhibit A

**Johnson**

**Me (11:48 PM):** Ughh. I feel sick.

**J (11:49 PM):** Yea apparently he ate his shirt but you could see anything when they are under those two thick blankets

**J:** It looks bad cause tiger had already set it.

**J (11:51 PM):** Rigormortis

**Me (11:51 PM):** Omg

**J (11:52 PM):** Yea this one is gonna cost the county

Wednesday, June 1, 2016

**Me (12:36 AM):** Do you have access to my note? Can you print it?

**Me (12:37 AM):** I put the safety cell was discussed. I don't want someone getting rid of it

**J:** I can't right now. I'll talk to jeanette when she come in and have her get it.

Exhibit A

**Johnson**

**J** — I can't right now. I'll talk to jeanette when she come in and have her get it.  1:45 AM

**J** — I read the whole history with this guy. He was supposed to go into a safety cell at CJ. Bit they were full that Thursday night so he was brought here to VDF. And I don't know why he never went into the safety cell or at least EOH.  1:55 AM

**J** — Jeanette has all your notes printed and saved in her office.  5:07 AM

Awesome thank u  5:08 AM

**J** — Yep right at the bottom is your note about discussing with the sgt. About the safety cell and he said no.  5:10 AM

K good  5:11 AM

**J** — Try to have a nice day. Don't worry as usual everyone else dropped the ball not you.  5:13 AM

Thank you. I just know they need a scapegoat....  5:14 AM

Exhibit A

**Johnson**

**Awesome thank u** — 5:08 AM

J: Yep right at the bottom is your note about discussing with the sgt. About the safety cell and he said no. — 5:10 AM

**K good** — 5:11 AM

J: Try to have a nice day. Don't worry as usual everyone else dropped the ball not you. — 5:13 AM

**Thank you. I just know they need a scapegoat....** — 5:14 AM

J: EOH is a good thing but they have to use it. — 5:53 AM

J: There was no reason he should have not gone in. I was working when he was brought in and they stuck into S5 — 5:54 AM

**Who decided that** — 5:54 AM

J: Lt banks and sgt. Estrada — 6:53 AM

Exhibit A