EXHIBIT "**B**"

Amanda Daniels  8/24/2018

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3
     _____
 4                                           )
     MICHELLE MORIARTY, AN INDIVIDUAL, AS    )
 5   SUCCESSOR IN INTEREST TO THE ESTATE     )
     OF HERON MORIARTY AND AS GUARDIAN AD    )
 6   LITEM TO ALEXANDRIA MORIARTY, ELIJAH    )
     MORIARTY, AND ETERNITY MORIARTY,        )
 7                                           ) CASE NO.
                                             ) 3:17-CV-01154-LAB-
 8                    Plaintiffs,            ) AGS
                                             )
 9              vs.                          )
                                             )
10   COUNTY OF SAN DIEGO, DR. ALFRED         )
     JOSHUA, INDIVIDUALLY, AND DOES 1        )
11   THROUGH 10, INCLUSIVE,                  )
                                             )
12                    Defendants.            )
     _____)
13

14

15

16             DEPOSITION OF AMANDA DANIELS

17                  TEMECULA, CALIFORNIA

18                    AUGUST 24, 2018

19

20

21

22

23   REPORTED BY SANDRA NALLEY, CSR NO. 13607

24

25
```

Exhibit B

Amanda Daniels  8/24/2018

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3
   _____
 4                                                )
   MICHELLE MORIARTY, AN INDIVIDUAL, AS           )
 5 SUCCESSOR IN INTEREST TO THE ESTATE            )
   OF HERON MORIARTY AND AS GUARDIAN AD           )
 6 LITEM TO ALEXANDRIA MORIARTY, ELIJAH           )
   MORIARTY, AND ETERNITY MORIARTY,               )
 7                                                ) CASE NO.
                                                  ) 3:17-CV-01154-LAB-
 8                     Plaintiffs,                ) AGS
                                                  )
 9              vs.                               )
                                                  )
10 COUNTY OF SAN DIEGO, DR. ALFRED                )
   JOSHUA, INDIVIDUALLY, AND DOES 1               )
11 THROUGH 10, INCLUSIVE,                         )
                                                  )
12                     Defendants.                )
   _____)
13

14

15              DEPOSITION OF AMANDA DANIELS,

16   taken at the offices of the Perryman Law Firm, 32605

17   Temecula Parkway, Suite 314, Temecula, California, on

18   Friday, August 24, 2018, at 9:07 a.m., before Sandra

19   Nalley, Certified Shorthand Reporter, CSR No. 13607.

20

21

22

23

24

25
```

Exhibit B

Amanda Daniels  8/24/2018

```
 1                A P P E A R A N C E S:

 2

 3   FOR THE PLAINTIFFS:

 4           MORRIS LAW FIRM
             BY:  CHRISTOPHER S. MORRIS, ESQ.
 5           BY:  DANIELLE R. PENA, ESQ.
             401 West A Street, Suite 1820
 6           San Diego, California 92101
             619.826.8060
 7           Dpena@morrislawfirmapc.com

 8
     FOR THE DEFENDANT DR. RALPH LISSAUR:
 9
             WILSON ELSER
10           BY:  MARTY B. READY, ESQ.
             401 West A Street, Suite 1900
11           San Diego, California 92101
             619.321.6200
12           Marty.ready@wilsonelser.com

13
     FOR THE DEFENDANT DALE WEIDENTHALER:
14
             LAW OFFICE OF JOSEPH T. KUTYLA
15           BY:  JOSEPH T. KUTYLA, ESQ.
             10620 Treena Street, Suite 230
16           San Diego, California 92131
             858.345.9560
17           Jtklaw@outlook.com

18
     FOR THE DEFENDANT AMANDA DANIELS:
19
             LOTZ, DOGGETT & RAWERS, LLP
20           BY:  JEFFREY S. DOGGETT, ESQ.
             101 West Broadway, Suite 1110
21           San Diego, California 92101
             619.233.5565
22           Jdoggett@ldr.law.com

23

24

25
```

Exhibit B

Amanda Daniels  8/24/2018

```
 1            A P P E A R A N C E S (CONTINUED)

 2

 3   FOR THE DEFENDANT:

 4            OFFICE OF COUNTY COUNSEL
              BY:   CHRISTOPHER J. WELSH, ESQ.
 5            1600 Pacific Highway, Room 355
              San Diego, California 92101
 6            619.557.4039
              Christopher.welsh@sdcounty.ca.gov
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit B

Amanda Daniels  8/24/2018

```
 1                        I N D E X

 2

 3    WITNESS:  AMANDA DANIELS

 4    EXAMINATION                                        PAGE

 5    BY MR. MORRIS:                                    6, 125

 6    BY MR. KUTYLA:                                      122

 7    BY MR. WELSH:                                    115, 128

 8                       E X H I B I T S

 9

10    PLAINTIFFS'                                       MARKED

11    1    San Diego Sheriff's Department Medical Chart,   33

12         Bates stamped SDSO000158, dated 5/31/16

13    2    San Diego Sheriff's Department Medical Chart,   87

14         Dr. Lissaur's encounter notes, dated 5/30/16

15    3    San Diego Sheriff's Department Medical Chart,   95

16         Dr. Lissaur's note dated 5/30/16

17    4    Document entitled "SAFE-T"                      99

18    5    Copy of text messages                          101

19

20

21    DEFENDANTS'                                       MARKED

22    6    San Diego Sheriff's Department Medical Chart,  128

23         Dr. Lissaur's note, entry date 5/28/16

24    ///

25    ///
```

Amanda Daniels  8/24/2018

```
 1   BY MR. MORRIS:
 2       Q.   Just your layman's understanding of what is
 3   written here.
 4       A.   Based on what he wrote, yes, that it was going
 5   to -- maybe a lawsuit would ensue.
 6       Q.   And that lawsuit would result in something that
 7   was going to cost the County?
 8            MR. DOGGETT:  Calls for speculation.
 9   BY MR. MORRIS:
10       Q.   Is that your understanding?
11       A.   Yes.
12       Q.   And then you wrote, "Do you have access to my
13   note?  I put safety cell was discussed.  I don't want
14   someone getting rid of it."  Why would you think that
15   there would be a potential of someone deleting your note
16   referencing a safety cell?
17       A.   I just wanted to cover myself.
18       Q.   Had that been something you were aware of in
19   the past where in situations like this notes had been
20   deleted?
21       A.   No.
22       Q.   Did you have a fear that somebody could delete
23   your note?
24       A.   I wanted to be sure that I had access to my
25   note so that I was covered.
```

Amanda Daniels  8/24/2018

1      Q.   Well, you wrote, "I don't want someone getting
2  rid of it."  Did you have a fear that somebody could get
3  rid of it?
4      A.   I don't know if that's possible or not.
5      Q.   But you wanted to make sure it wasn't gotten
6  rid of?
7      A.   Yes.
8      Q.   And looking at the notes that we've seen in
9  this case, do those notes fairly and accurately represent
10 the notes as you entered them on the day you saw
11 Mr. Moriarty?
12     A.   Yes.
13     Q.   So even though you had a fear of someone
14 getting rid of your note, you looked at your note and it
15 reflects the note that you actually entered that day.
16 Fair enough?
17     A.   Yes.
18     Q.   He wrote, "I can't right now.  I'll talk to
19 Jeanette when she comes in and have her get it."  Do you
20 know who Jeanette is in this context?
21     A.   Yes.
22     Q.   Who is that?
23     A.   An admin person.
24     Q.   And then he wrote, "I read the whole history
25 with this guy.  He was supposed to go into a safety cell

Exhibit B

Amanda Daniels  8/24/2018

```
 1   I declare under penalty of perjury under the laws of the
 2   State of California that the foregoing is true and
 3   correct; that I have read my deposition and have made the
 4   necessary corrections, additions or changes to my answers
 5   that I deem necessary.
 6           Executed on this _____ day of _____,
 7   2018.
 8
 9
10
11
12
13
14
                              _____
15                            AMANDA DANIELS
16
17
18
19
20
21
22
23
24
25
```

Amanda Daniels  8/24/2018

```
 1        I, SANDRA NALLEY, Certified Shorthand Reporter
 2   for the State of California, do hereby certify:
 3
 4   That the witness in the foregoing deposition was by me
 5   first duly sworn to testify to the truth, the whole truth
 6   and nothing but the truth in the foregoing cause; that
 7   the deposition was taken by me in machine shorthand and
 8   later transcribed into typewriting, under my direction,
 9   and that the foregoing contains a true record of the
10   testimony of the witness.
11
12   Dated:    This   th day of September, 2018, at Temecula,
13   California.
14
15
16
17
18                   _____
                              SANDRA NALLEY
19                            CSR NO. 13607
20
21
22
23
24
25
```