1 | Joseph T. Kutyla  (105900)
Law Office of Joseph T. Kutyla
2 | 10620 Treena Street, #230
San Diego, CA 92131
3 | Telephone:  (858) 345 9560
Facsimile:  (858) 408 9702
4
Attorney for Defendant Dale Weidenthaler
5

6

7

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | MICHELLE MORIARTY, an individual, | Case No.: 3:17-cv-01154-LAB-AGS
as Successor in Interest to the ESTATE
12 | OF HERON MORIARTY and as | **JOINT MOTION FOR AN ORDER**
GUARDIAN AD LITEM to | **GRANTING DEFENDANT DALE**
13 | ALEXANDRIA MORIARTY, ELIJAH | **WEIDENTHALER LEAVE TO**
MORIARTY, and ETERNITY | **FILE LATE MOTION IN LIMINE**
14 | MORIARTY, | **RE: ADMISSABILITY OF**
**INTERNAL AFFAIRS**
15 | Plaintiffs, | **INVESTIGATION**

16 | v.

17 | COUNTY OF SAN DIEGO, DR. | **Honorable Larry Burns**
ALFRED JOSHUA, individually, and
18 | DOES 1 through 10, Inclusive,

19 | Defendants.

20

21

22

23

24

25

26

27

28

1

1    The parties, through their respective attorneys of record, jointly move the

2    Court for an order permitting defendant Dale Weidenthaler to file a Motion in

3    Limine beyond the court deadline of May 8, 2020:

4         1.    The deadline for filing motions in limine was May 8, 2020;

5         2.    Prior to May 8, 2020 counsel for defendant Dale Weidenthaler and

6    counsel for plaintiff's met and conferred regarding the admissibility of evidence

7    concerning an alleged Sheriff's Department Internal Affairs investigation (or lack

8    of such investigation) and each believed that an agreement had been reached;

9         3.    On May 11, 2020 counsel for Weidenthaler and plaintiffs determined

10   that although a resolution had been reached on some issues, as shown in the

11   proposed motion, a disagreement remains that is appropriately determined by this

12   Court as an In Limine Motion.

13        4.    The parties stipulate that Dale Weidenthaler may file a motion in

14   limine beyond the May 8 deadline concerning the admissibility of evidence relating

15   an alleged Sheriff's Department Internal Affairs investigation.  The motion is ready

16   to be filed if permitted by this Court.

17

                              Respectfully submitted,
18
     Dated:  May 11, 2020      LAW OFFICE OF JOSEPH T. KUTYLA
19

20
                              By: s/ Joseph T. Kutyla
                              JOSEPH T. KUTYLA, ESQ.
21                             Attorneys for Defendant Dale Weidenthaler

22
                              MORRIS LAW FIRM, APC
23

24   Dated:  May 11, 2020       s/ Danielle R. Pena
                              Danielle R. Pena, Esq.
25                             dpena@morrislawfirmapc.com
                              Attorneys for Plaintiffs Michelle Moriarty, as
26                             Successor in Interest and *Guardian Ad Litem* to
                              Alexandria, Elijah and Eternity Moriarty
27

28

                                    2

Dated:  May 11, 2020                    THOMAS E. MONTGOMERY, County Counsel


By: s/ Christopher Welsh
CHRISTOPHER WELSH, ESQ.
Attorneys for Defendants County of San Diego and
Alfred Joshua, M.D.


Dated:  May 11, 2020                    LOTZ, DOGGETT & RAWERS, LLP


By: s/ Jeffrey Doggett
JEFFREY DOGGETT, ESQ.
Attorneys for Defendants Correctional Physicians
Medical Group Inc. and Amanda Daniels


Dated:  May 11, 2020                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                        DICKER LLP


By: s/ Robert W. Harrison
ROBERT W. HARRISON, ESQ.
Attorneys for Defendant Ralph Lissasur, M.D.

Signature Certification:

      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative
Policies and Procedures Manual, I hereby certify that the content of this document
is acceptable to Danielle Pena and Christopher Morris, counsel for Plaintiffs, Chris
Welsh, Senior Deputy County Counsel, counsel for County of San Diego and
Alfred Joshua; Jeffrey Doggett, counsel for Defendants Correctional Physicians
Medical Group, Inc. and Amanda Daniels;; and Robert W. Harrison, counsel for
Defendant Ralph Lissaur, M.D.; and that I have obtained Mr. Welsh, Ms. Hardisty,
Mr. Kutyla, and Mr. Harrison's authorization to affix their electronic signatures to
this document.

Dated: May 11, 2020                    *s/ Joseph T. Kutyla*
                                       Joseph T. Kutyla, Esq.

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4