Joseph T. Kutyla, Esq.
Law Office of Joseph T. Kutyla
10620 Treena Street, #230
San Diego, CA 92131
jtklaw@outlook.com

Attorneys for Defendant Dale Weidenthaler

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the Estate of HERON MORIARTY and as Guardian Ad Litem to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. 17-cv-01154-LAB(AGS)<br><br>**DEFENDANT DALE WEIDENTHALER'S NOTICE OF JOINDER OF DEFENDANTS AMANDA DANIELS, PNP AND CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.'S MOTION IN LIMINE NO. 12 PRECLUDE EVIDENCE, ARGUMENT AND TESTIMONY REGARDING TERMINATION FOR CAUSE**<br><br>DATE: JUNE 12, 2020<br>TIME: 9:00 A.M.<br><br>HONORABLE LARRY BURNS |

**COMES NOW,** Defendant, DALE WEIDENTHALER and hereby joins the motion *in limine* number nine filed by co-defendants AMANDA DANIELS, PNP ("NP Daniels") and CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC. ("CPMG") to preclude evidence, argument, and testimony regarding termination for cause. NP DANIELS and CPMG filed their motion *in limine* on May 8, 2020, docket number 177.

Respectfully submitted,

DATED: May 12, 2020

By: s/ JOSEPH T. KUTYLA,
Attorney for Defendant DALE WEIDENTHALER
E-mail: jtklaw@outlook.com