EXHIBIT "A"

Dale Arthur Weidenthaler  8/29/2018

```
 1              IN THE UNTIED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3
     _____
 4   MICHELLE MORIARTY, an individual,)
     as Successor in Interest to the  )
 5   ESTATE OF HERON MORIARTY and as  )
     GUARDIAN AD LITEM to ALEXANDRIA  )
 6   MORIARTY ELIJAH MORIARTY, and    )
     ETERNITY MORIARTY,               )
 7                                    )
                 Plaintiffs,          )
 8                                    )
           vs.                        ) Case No.: 3:17-cv-
 9                                    )         01154-LAB-AGS
                                      )
10   COUNTY OF SAN DIEGO, DR. ALFRED  )
     JOSHUA, individually, and DOES   )
11   1 through 10, Inclusive,         )
                                      )
12               Defendants.          )
     _____)
13

14

15      VIDEOTAPED DEPOSITION OF DALE ARTHUR WEIDENTHALER

16                   SAN DIEGO, CALIFORNIA

17                      AUGUST 29, 2018

18

19

20

21   REPORTED BY MANDY L. KERSH, CSR No. 10674

22

23

24

25
```

Peterson Reporting Video & Litigation Services                    1

Exhibit "A"

Dale Arthur Weidenthaler  8/29/2018

```
 1              IN THE UNTIED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3
    _____
 4  MICHELLE MORIARTY, an individual,)
    as Successor in Interest to the  )
 5  ESTATE OF HERON MORIARTY and as  )
    GUARDIAN AD LITEM to ALEXANDRIA  )
 6  MORIARTY ELIJAH MORIARTY, and    )
    ETERNITY MORIARTY,               )
 7                                   )
              Plaintiffs,            )
 8                                   )
         vs.                         ) Case No.: 3:17-cv-
 9                                   )         01154-LAB-AGS
                                     )
10  COUNTY OF SAN DIEGO, DR. ALFRED  )
    JOSHUA, individually, and DOES   )
11  1 through 10, Inclusive,         )
                                     )
12            Defendants.            )
    _____)
13

14

15

16

17     VIDEOTAPED DEPOSITION OF DALE ARTHUR WEIDENTHALER,

18  taken by the Attorneys for the Plaintiffs, commencing at

19  the hour 10:43 a.m., on Wednesday, August 29, 2018 at

20  10620 Treena Street, Suite 230, San Diego, California,

21  before MANDY L. KERSH, Certified Shorthand Reporter in and

22  for the State of California.

23

24

25
```

Exhibit "A"

Dale Arthur Weidenthaler  8/29/2018

```
 1     APPEARANCES:

 2          For the Plaintiffs:
                 MORRIS LAW FIRM, APC
 3               BY:  CHRISTOPHER S. MORRIS, ESQ.
                 BY:  DANIELLE R. PENA, ESQ.
 4               501 West Broadway, Suite 1480
                 San Diego, California   92101
 5               T: 619.826.8060
                 F: 619.826.8065
 6

 7          For the Defendant Dr. Ralph Lissaur:
                 WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
 8               BY:  MARTY B. READY, ESQ.
                 401 West A Street, Suite 1900
 9               San Diego, California   92101
                 T: 619.881.6200
10               F: 619.321.6201

11          For the Defendant Dale Weidenthaler:
                 LAW OFFICES OF JOHN T. KUTYLA
12               BY:  JOHN T. KUTYLA, ESQ.
                 10620 Treena Street, Suite 230
13               San Diego, California   92131
                 T: (858) 695-2600
14

15          For the Defendant the County of San Diego:
                 OFFICE OF COUNTY COUNSEL
16               BY: CHRISTOPHER J. WELSH, ESQ.
                 1600 Pacific Highway, Room 355
17               San Diego, California   92101-2469
                 T: 619.557.4039
18               F: 619.531.6005
                 christopher.welsh@sdcounty.ca.gov
19

20          For the Defendant Amanda Daniels and CPMG:
                 LOTZ, DOGGETT & RAWERS
21               BY:  JEFF DOGGETT, ESQ.
                 101 West Broadway, Suite 1110
22               San Diego, California   92101
                 T: 619.233.5565
23               F: 619.233.5564
                 jdoggett@ldrlaw.com
24
            Also Present:  Shayne Davidson, Videographer
25                         T: 619.234.1990
```

Peterson Reporting Video & Litigation Services                3

Exhibit "A"

Dale Arthur Weidenthaler  8/29/2018

```
 1                        I N D E X

 2      WITNESS:     DALE ARTHUR WEIDENTHALER

 3

 4      EXAMINATION                                        PAGE

 5      BY MR. MORRIS                                         6

 6      BY MR. DOGGETT                                      162

 7      BY MR. MORRIS                                       166

 8

 9

10                       E X H I B I T S

11      MARKED FOR IDENTIFICATION:                       MARKED

12       1   J.5, Inmate Prevention Practices and Inmate     55
             Safety Program, Manual of Policies and Procedures
13
         2   J.1, Safety Cells; Definition and Use, Manual of 64
14           Policies and Procedures

15       3   Vista Detention Facility deployment/staffing chart 140

16       4   Email from Vicky Felizardo, dated 05/30/2016   144

17       5   Text messages between Deputy Johnson and Nurse 162
             Daniels
18

19
        Witness signature page                              170
20
        Certificate page                                    171
21

22

23

24

25
```

Dale Arthur Weidenthaler  8/29/2018

1      THE VIDEOGRAPHER:  We are back on the record at
2  3:07 p.m.
3  BY MR. MORRIS:
4      Q.  Okay.  We're back on the record, sir.  And I
5  think I'm going to venture into an area of whether or not
6  you were -- had any sort of counseling, discipline,
7  investigation, whether you heard of such a discipline.
8  And I think because I'm venturing into that area,
9  privileged communications like that with your lawyer, he
10 would like to register an objection and put it on the
11 record before I begin that line of questioning?
12     MR. KUTYLA:  Right.  The question I think you
13 asked before was any conversations he had with Captain
14 Schroder.  And I just want to object that the answer may
15 require disclosure of privileged information and
16 information that's subject to my client's right of privacy
17 as a former employee of the County of San Diego.  But I'll
18 let him answer the question regarding that conversation
19 without waiving those objections.
20     MR. MORRIS:  Thank you --
21     MR. KUTYLA:  I think that covers it.
22     MR. MORRIS:  Okay.
23 BY MR. MORRIS:
24     Q.  Subsequent to this interaction that you had with
25 Deputy Guillory on the day and what happened with

1    **Mr. Moriarty, did you have discussions with Captain**
2    **Schroder regarding what happened that day?**
3         A.   No.
4         Q.   Did you -- has anybody informed you that there
5    **was going to be an Internal Affairs investigation?**
6         A.   Yes.
7         Q.   And who informed you of that?
8         A.   I received a letter from Internal Affairs.
9         Q.   And do you recall -- was it the captain in charge
10   **of IA?**
11        A.   No.
12        Q.   Do you know who the letter was from?
13        A.   Normally it's from a lieutenant.  I don't
14   remember who it was.
15        Q.   Okay.  Was it from a lieutenant, though; you just
16   **don't remember who?**
17        A.   I believe it was from a lieutenant.
18        Q.   Okay.  And what did the letter say to you?
19        A.   It just said that this is to inform me that an
20   investigation to events surrounding whatever -- I don't
21   even remember if it said Moriarty's name or not -- was --
22   had been filed and was going to be investigated by
23   Internal Affairs.
24        Q.   Okay.  Did you, then -- I take it you contacted
25   **your union representative at that time?**

Dale Arthur Weidenthaler  8/29/2018

```
 1      A.   I contacted the attorney's office --
 2      Q.   Mr. Pinckard?
 3      A.   Actually I spoke to a different attorney.  Can't
 4   remember his name right now.  Chris?
 5           MR. KUTYLA:  Kowalski.
 6           THE WITNESS:  Kowalski.
 7   BY MR. MORRIS:
 8      Q.   Okay.  Chris Kowalski.  And I don't want to hear
 9   anything that you guys talked about.  That's a
10   union-provided attorney, right?
11      A.   Correct.
12      Q.   And in connection with that IA investigation,
13   were you ever interviewed by Internal Affairs?
14      A.   I was not.
15      Q.   Did you receive any further follow-up
16   communication regarding an active investigation?
17      A.   I received communication from Internal Affairs
18   saying that the case was closed and was not going to be
19   investigated.
20      Q.   And that was my understanding.  But I was asking,
21   did you receive -- in between being notified that they
22   were going to launch one and being notified that it was
23   going to be closed, did you receive any communications in
24   that interim regarding what was going on with the
25   investigation, that they wanted to talk to you or anything
```

Exhibit "A"

```
 1    like that?
 2        A.   I got a phone call from Captain Schroder saying
 3    that that case was going to be closed and was not going to
 4    be investigated.
 5        Q.   How long after you had received the letter
 6    regarding the investigation did you realize -- or did
 7    you -- were you informed that it was going to be closed?
 8        A.   I would estimate two to three months.
 9        Q.   And in between the notification and that
10    two-to-three-month phone call, had you received any
11    further communication from anybody about IA about wanting
12    to talk to you or anything like that?
13        A.   No.
14        Q.   Had your attorney received any communication as
15    far as you know?
16        A.   As far as I know, no.
17        Q.   And then how long after that call that you
18    received from Captain Schroder did you receive official
19    word that it had been shut down?
20        A.   Like seven months, eight months.
21        Q.   Seven months after?
22        A.   Yeah.  Yes.
23        Q.   And did this investigation have anything to do
24    with your retirement?
25        A.   No.
```

Dale Arthur Weidenthaler  8/29/2018

1     Q.    And when did you leave the Vista jail?

2     A.    March 16th.

3     Q.    Of 2000 --

4     A.    2018.

5     Q.    And when you left, was it still your impression
6   that there was some discretion given to safety cell
7   placement for homicidal inmates, but that there was strict
8   adherence to the safety placement for suicidal inmates?
9   Was that still your understanding of what --

10    A.    Yes.

11    Q.    -- the custom and practice was?

12    A.    Yes.

13          MR. MORRIS:  That's all I have.

14          MR. KUTYLA:  Okay.  Anybody?

15          MR. DOGGETT:  Do you want to go first or do you
16   want me to?

17          MR. WELSH:  I have no questions.

18          (A brief discussion was held off the record.)

19          MR. MORRIS:  Previous to -- previously I had
20   addressed an exhibit with you, Mr. Weidenthaler, Dale, and
21   I had not actually marked it on the record.  And so it's
22   this one, the text message one.

23          For the record, I've marked a series of text
24   messages between Deputy Johnson and Nurse Daniels as
25   Exhibit 5.  And these are the questions that I was asking

Dale Arthur Weidenthaler  8/29/2018

```
 1          MR. KUTYLA:  Agreed.
 2          MR. READY:  Agreed.
 3          THE VIDEOGRAPHER:  Off the record at 3:22 p.m.,
 4   and this marks the end of this deposition.
 5          (Whereupon the deposition ended at 3:22 p.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Exhibit "A"

Dale Arthur Weidenthaler  8/29/2018

```
 1           Declaration Under Penalty of Perjury
 2
 3
 4           I, DALE ARTHUR WEIDENTHALER, the witness herein,
 5     declare under penalty of perjury that I have read the
 6     foregoing in its entirety; and that the testimony
 7     contained therein, as corrected by me, is a true and
 8     accurate transcription of my testimony elicited at said
 9     time and place.
10
11           Executed on this _____ day of _____,
12     2018, at _____, _____.
13               (City)                (State)
14
15                     _____
                                DALE ARTHUR WEIDENTHALER
16
17
18
19
20
21
22
23
24
25
```

Dale Arthur Weidenthaler  8/29/2018

```
 1   STATE OF CALIFORNIA

 2   COUNTY OF SAN DIEGO

 3

 4          I, Mandy L. Kersh, Certified Shorthand Reporter,

 5   in and for the State of California, Certificate No. 10674,

 6   do hereby certify:

 7          That the witness in the foregoing deposition was

 8   by me first duly sworn to testify to the truth, the whole

 9   truth and nothing but the truth in the foregoing cause;

10   that the deposition was then reported by me in shorthand

11   and transcribed, through computer-aided transcription,

12   under my direction; and that the above and foregoing

13   transcript, is a true record of the testimony elicited and

14   proceedings had at said deposition.

15          I do further certify that I am a disinterested

16   person and am in no way interested in the outcome of this

17   action or connection with or related to any of the parties

18   in this action or to their respective counsel.

19

20          In witness whereof, I have hereunto set my hand

21   this ___ day of _____, 2018.

22
                            _____
23                           MANDY L. KERSH, CSR No. 10674

24

25
```

Peterson Reporting Video & Litigation Services

Exhibit "A"