Joseph T. Kutyla, Esq.
Law Office of Joseph T. Kutyla
10620 Treena Street, #230
San Diego, CA 92131
jtklaw@outlook.com

Attorneys for Defendant Dale Weidenthaler

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the Estate of HERON MORIARTY and as Guardian Ad Litem to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. 17-cv-01154-LAB(AGS)<br><br>**DEFENDANT DALE WEIDENTHALER'S JOINDER TO THE OPPOSITION OF COUNTY OF SAN DIEGO TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING MICHELLE MORIARTY'S MARRIAGE AND DATING**<br><br>DATE: JUNE 12, 2020<br><br>TIME: 9:00 A.M.<br><br>HONORABLE LARRY BURNS |

COMES NOW, Defendant, DALE WEIDENTHALER and hereby joins opposition of Defendant COUNTY OF SAN DIEGO (DOC.217) TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE MICHELLE MORIARTY'S MARRIAGE AND DATING (Doc. 183)

17cv1154-LAB(AGS)

DATED: May 16, 2020

By: s/ JOSEPH T. KUTYLA,
Attorney for Defendant DALE WEIDENTHALER
E-mail: jtklaw@outlook.com