## MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  **Moriarty v. County of San Diego**          Case Number:  **17cv1154-LAB (AGS)**

Hon. Larry Alan Burns                    Ct. Deputy: T. Weisbeck                    _____

    Because of a conflict in the Court's calendar, the motions in limine hearing currently scheduled for Monday, July 13, 2020 at 2:00 pm is **CONTINUED**  to Monday, September 21, 2020 at 2:00 pm.

    The joint motion seeking leave for Danielle Pena to appear telephonically is **DENIED WITHOUT PREJUDICE** as moot.

Date:  July 6, 2020                    Hon. Larry A. Burns
                                      Chief United States District Judge

cc:  All Counsel