Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Michelle Moriarty, as
Successor in Interest and *Guardian Ad Litem*
to Alexandria, Elijah and Eternity Moriarty

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,

    Plaintiffs,

      v.

COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,

    Defendants.

Case No.: 3:17-cv-01154-LAB-AGS

**PLAINTIFFS' SUPPLEMENTAL PRETRIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26, Plaintiffs hereby supplement their Pretrial Disclosures as identified below.

**I.      SUPPLEMENTAL WITNESS TO BE CALLED AT TRIAL BY PLAINTIFFS:**

**1)      Jeannette Werner**

Ms. Werner contacted Plaintiffs' counsel on July 6, 2020.  Plaintiffs' counsel returned her phone call on July 13, 2020.  During that conversation, Mr. Werner stated she is a county employee and has personal knowledge of facts at-issue is this litigation.  That same day, Plaintiffs' counsel disclosed to Defense counsel Ms. Werner's identity and a summation of her statement.

Plaintiffs reserve the right to further supplement these disclosures should new information come to the attention of Counsel.

Respectfully submitted,

**MORRIS LAW FIRM, APC**

Dated:  July 15, 2020                    s/ Danielle R. Pena

Christopher S. Morris, Esq.
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq.
dpena@morrislawfirmapc.com
Attorneys for Attorneys for Michelle Moriarty, as Successor in Interest and *Guardian Ad Litem* to Alexandria, Elijah and Eternity Moriarty