Joseph T. Kutyla, Esq.
Law Office of Joseph T. Kutyla
10620 Treena Street, #230
San Diego, CA 92131
jtklaw@outlook.com

Attorneys for Defendant Dale Weidenthaler

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the Estate of HERON MORIARTY and as Guardian Ad Litem to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | No. 17cv1154-LAB(AGS)<br><br>DEFENDANT DALE WEIDENTHALER'S OBJECTION TO PLAINTIFF'S UNTIMELY PRE TRIAL DISCLOSURE<br><br>Dept.: 14A<br><br>Trial Date:  None |

　　　　DEFENDANT DALE WEIDENTHALER hereby objects to the *"Supplemental"* Pre Trial Disclosure filed by Plaintiff's Alexandria Moriarty, Elijah Moriarty, Michelle Moriarty (Doc. 262) upon the grounds that the filing was made without leave of court, in violation of the Scheduling Order (Doc. 119) and the late disclosure prejudice the rights of defendant Weidenthaler.

DATED: July 22, 2020

　　　　　　　　　　　　　　　　By: s/ JOSEPH T. KUTYLA
　　　　　　　　　　　　　　　　Attorney for Defendant DALE WEIDENTHALER
　　　　　　　　　　　　　　　　E-mail: jtklaw@outlook.com

17cv1154-LAB(AGS)