**LOTZ, DOGGETT & RAWERS, LLP**
**JEFFREY S. DOGGETT, State Bar No. 147235**
**BRIAN T. BLOODWORTH, State Bar No. 272664**
101 West Broadway, Suite 1110
San Diego, California 92101
Telephone (619) 233-5565
Facsimile  (619) 233-5564

Attorneys for Defendant, CORRECTIONAL
PHYSICIANS MEDICAL GROUP INC.
sued and served as CORRECTIONAL
FACILITIES MANAGEMENT GROUP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, as individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually; and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No. 3:17-cv-01154-LAB-AGS <br><br> **JOINT MOTION TO CONTINUE MOTIONS IN LIMINE HEARING** <br><br> <u>Jury Trial Demanded</u> <br><br> Date:      September 23, 2020 <br> Time:      1:30p.m. <br> Dept.:      14A <br> Judge:      Hon. Larry Alan Burns |

The parties, through their respective attorneys of record, stipulate and jointly request a continuance of the motions in limine hearing currently set for September 23, 2020 based on the following grounds:

/ / /

/ / /

/ / /

LOTZ, DOGGETT & RAWERS LLP
101 WEST BROADWAY, SUITE 1110
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 233-5565

1.     On July 6, 2020, the Court continued the motions in limine hearing to Monday, September 21, 2020 at 2:00 p.m. due to a conflict in the Court's calendar. (Doc. No. 261.)

2.     On August 25, 2020, the Court continued the motions in limine hearing from September 21, 2020 to Wednesday, September 23, 2020 at 1:30 p.m.  (Doc. No. 264.)

3.     Lead trial counsel for defendant Correctional Physicians Medical Group, Inc., Jeffrey S. Doggett, previously scheduled and purchased an out-of-state trip commencing on September 23, 2020 to help move his daughter out-of-state to begin her freshman year of college.  His flight is scheduled to leave before the hearing on September 23, 2020.  Therefore, he will be unavailable for the currently scheduled motions in limine hearing.  Mr. Doggett is scheduled to return before Monday, September 28, 2020.

4.     Mr. Doggett also has a scheduled and purchased vacation from October 4 through October 9, 2020.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LOTZ, DOGGETT & RAWERS LLP
101 WEST BROADWAY, SUITE 1110
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 233-5565

1         5.     The parties request an order continuing the motions in limine hearing

2    to allow Mr. Doggett to attend the hearing, on or after September 28, 2020.

3

4                                     Respectfully submitted,

5

6    DATED: August 26, 2020         LOTZ, DOGGETT & RAWERS, LLP

7

8                               By: /s/ Brian T. Bloodworth

9                               **JEFFREY S. DOGGETT, ESQ.**

                           **BRIAN T. BLOODWORTH ESQ.**

10                              Attorneys for Defendants,

                           CORRECTIONAL PHYSICIANS

11                              MEDICAL GROUP INC.

12   DATED: August 26, 2020         MORRIS LAW FIRM, APC

13

14                              By:           /s/

                           **CHRISTOPHER MORRIS, ESQ.**

15                              **DANIELLE PENA, ESQ.**

                           Attorneys for Plaintiffs,

16                              MICHELLE MORIARTY, as individual,

                           as Successor in Interest to the ESTATE

17                              OF HERON MORIARTY and as

                           GUARDIAN AD LITEM to

18                              ALEXANDRIA MORIARTY, ELIJAH

                           MORIARTY, and ETERNITY

19                              MORIARTY

20   DATED: August 26, 2020         THOMAS E. MONTGOMERY, County

                           Counsel

21

22                              By:           /s/

                           **CHRISTOPHER WELSH, ESQ**, Senior

23                              Deputy

                           Attorneys for Defendants, COUNTY OF

24                              SAN DIEGO, DR. ALFRED JOSHUA,

                           LUIS ESCOBAR, SEAN DWYER,

25                              JAMIE PRECHAR, SCHROEDER,

                           MITCHELL

26

27

28

LOTZ, DOGGETT & RAWERS LLP

101 WEST BROADWAY, SUITE 1110

SAN DIEGO, CALIFORNIA 92101

TELEPHONE: (619) 233-5565

1    DATED: August 26, 2020               LAW OFFICE OF JOSEPH T. KUTYLA

2
                                          By:         /s/
3                                         **JOSEPH T. KUTYLA,  ESQ**,
                                          Attorneys for Defendant, DALE
4                                         WEIDENTHALER

5
6    DATED: August 26, 2020               WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP
7
8                                         By:          /s/
                                          **ROBERT W. HARRISON, ESQ.**
9                                         Attorneys for Defendant, RALPH
                                          LISSAUR, M.D.
10

11
     Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies
12
     and Procedures Manual of the United States District Court for the Southern District
13
     of California, I certify that the content of this document is acceptable to counsel for
14
     all parties and that I have obtained authorization for all of the foregoing signatories
15
     to affix their electronic signature to this document.
16

17
     DATED: August 26, 2020               LOTZ, DOGGETT & RAWERS, LLP
18
                                          By: /s/ Brian T. Bloodworth
19                                        **JEFFREY S. DOGGETT, ESQ.**
                                          **BRIAN T. BLOODWORTH, ESQ.**
20                                        Attorneys for Defendants,
                                          CORRECTIONAL PHYSICIANS
21                                        MEDICAL GROUP INC

22

23

24

25

26

27

28

**LOTZ, DOGGETT & RAWERS LLP**
101 WEST BROADWAY, SUITE 1110
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 233-5565