# EXHIBIT H

Duane Johnson  12/12/2018

```
1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3

4    MICHELLE MORIARTY, an individual as  )
     Successor in Interest to the Estate  )
5    of HERON MORIARTY, and as Guardian Ad)
     Litem to ALEXANDRIA MORIARTY, ELIJAH )
6    MORIARTY, and ETERNITY MORIARTY,     )
                                          )
7              Plaintiffs,                )
                                          )
8         v.                              )
                                          )Case No.:
9                                         )No. 17cv1154-LAB(AGS)
     COUNTY OF SAN DIEGO, DR. ALFRED      )
10   JOSHUA, individually, and DOES 1     )
     through 10, Inclusive,               )
11                                        )
               Defendants.                )
12   _____)

13

14             DEPOSITION OF DUANE JOHNSON

15                SAN DIEGO, CALIFORNIA

16                 December 12, 2018

17

18   REPORTED BY BRIDGET L. MASTROBATTISTA, CSR NO. 7715,
            REGISTERED PROFESSIONAL REPORTER
19             REGISTERED MERIT REPORTER
               CERTIFIED REALTIME REPORTER
20

21

22

23

24

25
```

EXHIBIT H

Duane Johnson  12/12/2018

```
 1      Q    Had you had any previous experience with
 2   medical notes being changed or gotten rid of?
 3      A    No.
 4      Q    Had you had any talk of this happening
 5   where medical notes are changed after the fact?
 6      A    No.
 7      Q    And had Nurse Daniels ever asked you to
 8   preserve a note so that it wouldn't have been
 9   changed?
10      A    No.
11      Q    What was your reaction when she told you
12   to grab her notes so someone doesn't get rid of it?
13   How did you react to it?
14      A    I didn't know it could be done.
15      Q    But you told her, yeah, I'll go do it
16   though, right?
17      A    No.
18      Q    Well, you said, "I can't right now.  I'll
19   talk to Jeanette when she comes in and I will have
20   her get it," right?
21      A    Correct.
22      Q    So you didn't tell her, it can't be
23   changed.  It's never happened, or that's sort of a
24   baseless fear, you tell her that you will have
25   Jeanette do it when she gets in, right?
```

Duane Johnson  12/12/2018

1     A    I told -- I told her I would talk to
2  Jeanette about printing out her record.
3     Q    Did you think it was a baseless fear of
4  Ms. Daniels?
5     A    I don't know if it was a baseless fear or
6  not because I've never experienced it, so I don't
7  know what she's experienced.
8     Q    But you agreed to help her maintain an
9  accurate record, right?
10    A    Correct.
11    Q    And you helped her maintain a record based
12 on her fear that somebody might get rid of it,
13 right?
14    A    Going off of what she said, yeah.
15    Q    And then you write at 1:45, "I read the
16 whole history with this guy.  He was supposed to go
17 into a safety cell at CJ, but they were full that
18 Thursday night, so he was brought here to VDF.  And
19 I don't know why he never went into the safety cell
20 or at least EOH," right?
21    A    Correct.
22    Q    EOH is for suicidal inmates, right?
23    A    Correct.
24         MR. WELSH:  Incomplete hypothetical.
25 ///

EXHIBIT H

```
 1                    C E R T I F I C A T E

 2

 3  I, BRIDGET L. MASTROBATTISTA, Certified Shorthand

 4  Reporter for the State of California, do hereby certify:

 5

 6  That the witness in the foregoing deposition was by me

 7  first duly sworn to testify to the truth, the whole

 8  truth and nothing but the truth in the foregoing cause;

 9  that the deposition was taken by me in machine shorthand

10  and later transcribed into typewriting, under my

11  direction, and that the foregoing contains a true record

12  of the testimony of the witness.

13

14  Dated:  This 26th day of December 2018, at San Diego,

15  California.

16

17

18

19

20                              BRIDGET L. MASTROBATTISTA

21                              C.S.R. NO. 7715, RPR, RMR

22

23

24

25
```

EXHIBIT H

Duane Johnson, 12/12/2018

1   I, DUANE JOHNSON, declare under
2       penalty of perjury under the laws of the State of
3       California that the foregoing is true and correct;
4       that I have read my deposition and have made the
5       necessary corrections, additions or changes to my
6       answers I deem necessary.
7
8       Executed on this __16__ day of __JANUARY__,
9       2018.
10
11                                  _____
12                                       DUANE JOHNSON

152

EXHIBIT H