# EXHIBIT I

EXHIBIT I

Lois Guillory  8/14/2018

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4

 5

 6   MICHELLE MORIARTY, an individual
     as Successor in Interest to the
 7   Estate of HERON MORIARTY and as
     GUARDIAN AD LITEM to ALEXANDRIA
 8   MORIARTY, ELIJAH MORIARTY and
     ETERNITY MORIARTY,
 9
                Plaintiff,
10
11         vs.                            NO. 3:17-cv-01154-LAB

12   COUNTY OF SAN DIEGO, DR. ALFRED
     JOSHUA, individually, and DOES
13   1 through 10, inclusive,

14
                Defendants.
15   _____

16

17              DEPOSITION OF LOIS GUILLORY

18                 San Diego, California

19                  August 14, 2018

20

21   Reported by:
     Annette Moore
22   CSR No. 2648

23

24

25
```

Peterson Reporting Video & Litigation Services                    1

EXHIBIT I

Lois Guillory  8/14/2018

```
 1   BY MR. MORRIS:
 2          Q   With whom --
 3          A   I don't remember.  I honestly don't.
 4          Q   Outside of Nishimoto, had you ever heard
 5   of any other allegations related to the changing of
 6   notes after the fact?
 7          A   No.
 8          Q   Safe to say then that this text reference
 9   to somebody getting rid of it and the allegation in
10   Nishimoto, those are the two things that you can recall
11   as far as allegations being raised that records had
12   been changed?
13              MR. WELSH:  This is not an allegation that
14   a record had been changed.
15   BY MR. MORRIS:
16          Q   Fair enough.  Those are the only two
17   references, true?
18          A   That I can remember.
19          Q   He writes, Deputy Johnson, "I can't right
20   now.  I'll talk to Jeanette."  Do you know the Jeanette
21   he's referring to?
22          A   Yes.
23          Q   Who is that?
24          A   Medical records clerk.
25          Q   What's her last name?
```

Lois Guillory  8/14/2018

```
 1            A   Warner.
 2            Q   Deputy Johnson writes in the second
 3   entries there, "I read the whole history with this guy.
 4   He was supposed to go into a safety cell at CJ.  But
 5   they were full that Thursday night so he was brought
 6   here to VDF.  And I don't know why he never went into
 7   the safety cell or at least EOH."
 8                Was this the first -- you weren't on this
 9   text chain, right?
10            A   I don't believe, no.
11            Q   When was the first time you remember
12   learning that Mr. Moriarty was sent up from Central to
13   be put into a safety cell?
14            A   Talking with Deputy Johnson.
15            Q   When?  This happened the evening of May
16   31st after you went home.
17            A   I don't recall if it was that night or the
18   next day that I worked, because he worked a lot of
19   overtime as well.  I just know we discussed it after.
20            Q   Did you ever say anything to Sergeant
21   Weidenthaler about his decision?
22            A   Like what do you mean?
23            Q   "Look what happened," anything like
24   that?
25            A   No, I haven't spoken to him, except
```

```
 1            I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby certify:
 3            That the foregoing proceedings were taken
 4    before me at the time and place herein set forth; that
 5    any witnesses in the foregoing proceedings, prior to
 6    testifying, were duly sworn; that a record of the
 7    proceedings was made by me using machine shorthand,
 8    which was thereafter transcribed under my direction;
 9    that the foregoing transcript is a true record of the
10    testimony given.
11            Further, that if the foregoing pertains to
12    the original transcript of a deposition in a federal
13    case, before completion of the proceedings, review of
14    the transcript [ ] was [ ] was not requested.
15
16            I further certify that I am neither
17    financially interested in the action nor a relative or
18    employee of any attorney or party to this action.
19       IN WITNESS WHEREOF, I have this date subscribed my
20    name.
21    Dated: August 21, 2018
22
23            _____
24            Annette Moore
25            CSR No. 2648
```

EXHIBIT I

Lois Guillory, 8/14/2018

1 **DECLARATION UNDER PENALTY OF PERJURY**
2
3 Case name: Michelle Moriarty vs. County of San Diego
4 Date of Deposition: August 14, 1018
5 Job No.: 231971
6
7
8 I, Lois Guillory, hereby certify under
9 penalty of perjury under the laws of the State of
10 California that the foregoing is true and correct.
11 Executed this  *5*  day of
12 *NOVEMBER*           , 2018, at   *0520*           .
13
14
15
16
17
LOIS GUILLORY
18
19
20
21
22
23
24
25

**229**

Peterson Reporting Video & Litigation Services

EXHIBIT I