Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 3:17-cv-01154-LAB-AGS<br><br>**DECLARATION OF DANIELLE R. PENA IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO RECONSIDER ORDER GRANTING IN PART DEFENDANT WEIDENTHALER AND DEFENDANT DANIELS' MOTION FOR SUMMARY JUDGMENT**<br><br>Dept:     5160<br>Judge:   Hon. Andrew G. Schopler |

I, Danielle R. Pena, am an attorney licensed to practice law before both the federal and state courts of the State of California. I am an associate with Morris Law Firm, APC, and the attorney of record for Plaintiff in this matter. If called to testify I could and would testify as follows:

1. The facts set forth are within my personal knowledge and belief. This declaration is submitted in support of Plaintiffs' Ex Parte Application for Leave to Reconsider its Order Granting In Part Defendant Weidenthaler And Defendant Daniels' Motion For Summary Judgment. (Dkt. 123.)

2. In its September 24, 2019, Order, this Court dismissed Defendant Daniels and Defendant Weidenthaler from Plaintiffs' Section 1983 claims based on a finding that neither defendant knew Mr. Moriarty was suicidal on May 31, 2016.

3. However, according to new evidence in the form of a declaration by Jeanette Werner, evidence exists that both Defendant Daniels and Defendant Weidenthaler knew Mr. Moriarty was suicidal on May 31, 2016, when Defendant Daniels' ordered the safety cell placement as well as when Defendant Weidenthaler denied the safety cell placement. (See Declaration of Jeannette Werner and Plaintiffs' *Ex Parte* application filed herewith.)

4. Plaintiffs were unaware of Ms. Werner's identity as her name did not appear in any of the medical, correctional, or death-investigation documents produced by the county. There are over 300 names of county employees that have been referenced in documents or depositions.

///
///
///
///
///
///

5. During my discussion with Ms. Werner she was shocked to learn the county's defense is that Mr. Moriarty was homicidal, not suicidal.

I declare under the laws of the United States of America that the foregoing is true and correct under the penalty of perjury.

                                      MORRIS LAW FIRM, APC

Dated: September 9, 2020       *s/ Danielle R. Pena*
                                      Danielle R. Pena, Esq.
                                      dpena@morrislawfirmapc.com
                                      Attorneys for Plaintiffs Michelle Moriarty, as Successor in Interest and *Guardian Ad Litem* to Alexandria, Elijah and Eternity Moriarty