UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY,<br><br>                                        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                                        Defendant. | Case No.:  17cv1154-LAB (AGS)<br><br>**ORDER OF TRANSFER** |

      This case is **TRANSFERRED** from the calendar of the Honorable Larry Alan Burns to the calendar of the Honorable Todd W. Robinson. After this transfer, the case number should be changed to reflect Judge Robinson's initials to ensure that all documents are properly sent to Judge Robinson. The Hon. Andrew Schopler will remain the magistrate judge assigned to the case. All hearing dates currently set before Judge Burns, including the motions in limine hearing currently on calendar for Thursday, October 15, 2020, are **VACATED** and will be reset by Judge Robinson.  Dates before Judge Schopler are unaffected by this Order.

      **IT IS SO ORDERED.**

      Date: October 9, 2020

Hon. Larry A. Burns
United States District Judge