Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Alexandria Moriarty, Elijah Moriarty, Michelle Moriarty, as Successor in Interest to Heron Moriarty and *Guardian Ad Litem* to Eternity Moriarty

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No.: 3:17-cv-01154-TWR-AGS <br><br> **JOINT MOTION FOR AN ORDER CONTINUING THE MOTION IN LIMINE HEARING** |

The parties, through their respective attorneys of record, jointly move the Court for an order briefly continuing the Parties' Motions in Limine currently scheduled for March 24, 2021, at 1:30 p.m. The parties hereby make this application on the following grounds:

1. On January 15, 2021, the Court issued an Order Resetting Hearing on the Parties' Motions in Limine. [Dkt # 288.]

2. Lead Counsel for Plaintiff, Christopher S. Morris; Lead Counsel for Defendant, County of San Diego, Christopher Welsh; and Lead Counsel for Defendants Correctional Physicians Medical Group Inc. and Amanda Daniels, Jeffrey Doggett, have previously scheduled matters on March 24, 2021.

3. Based on Counsels' conflicts, all parties hereby jointly request that the Court continue the date of the Hearing on the Parties' Motions in Limine.

4. All counsel are available on April 5 through 8, April 12 through 16, and April 26, 2021.

5. All parties agree that briefly continuing the Haring on the Parties' Motions in Liminie would not prejudice the parties.

Respectfully submitted,

MORRIS LAW FIRM, APC

Dated: January 20, 2021         s/ Danielle R. Pena
Danielle R. Pena, Esq.
dpena@morrislawfirmapc.com
Attorneys for Plaintiffs Michelle Moriarty, as Successor in Interest and *Guardian Ad Litem* to Alexandria, Elijah and Eternity Moriarty

Dated: January 20, 2021         THOMAS E. MONTGOMERY, County Counsel

By: s/ Christopher Welsh
CHRISTOPHER WELSH, ESQ.
Attorneys for Defendants County of San Diego and Alfred Joshua, M.D.

| | | |
|---|---|---|
| 1 | Dated: January 20, 2021 | LOTZ, DOGGETT & RAWERS, LLP |
| 2 | | |
| 3 | | By: s/ Jeffery Doggett<br>JEFFREY DOGGETT, ESQ.<br>Attorneys for Defendants Correctional Physicians Medical Group Inc. and Amanda Daniels |
| 4 | | |
| 5 | Dated: January 20, 2021 | LAW OFFICE OF JOSEPH T. KUTYLA |
| 6 | | |
| 7 | | By: s/ Joseph T. Kutyla<br>JOSEPH T. KUTYLA, ESQ.<br>Attorneys for Defendant Dale Weidenthaler |
| 8 | | |
| 9 | Dated: January 20, 2021 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 10 | | |
| 11 | | |
| 12 | | By: s/ Robert W. Harrison<br>ROBERT W. HARRISON, ESQ.<br>Attorneys for Defendant Ralph Lissasur, M.D. |
| 13 | | |

Signature Certification:

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chris Welsh, Senior Deputy County Counsel, counsel for County of San Diego; Jeffrey Doggett, counsel for Defendants Correctional Physicians Medical Group, Inc. and Amanda Daniels; Joseph T. Kutyla, counsel for Defendant Dale Weidenthaler; and Robert W. Harrison, counsel for Defendant Ralph Lissaur, M.D.; and that I have obtained Mr. Welsh, Mr. Doggett, Mr. Kutyla, and Mr. Harrison's authorization to affix their electronic signatures to this document.

Dated: January 20, 2021        *s/ Danielle R. Pena*_____
                               Danielle R. Pena, Esq.