CHRISTOPHER J. WELSH, Senior Deputy (SBN 120766)
FERNANDO KISH, Senior Deputy (SBN 236961)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4860;  Fax: (619) 531-6005
E-mail:  Christopher.Welsh@sdcounty.ca.gov
E-mail:  Fernando.Kish@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the Estate of HERON MORIARTY and as Guardian Ad Litem to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>    Defendants. | No. 17cv1154-TWR(AGS)<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF JOINDER IN DEFENDANT DALE WEIDENTHALER'S MOTION TO BIFURCATE TRIAL OF THE NEGLICENCE AND *MONELL* ISSUES**<br><br>Date:  October 14, 2021<br>Time:  1:30 p.m.<br>Dept.: Courtroom 3A<br>Judge: Hon. Todd W. Robinson<br><br>Trial Date:  November 1, 2021 |

    PLEASE TAKE NOTICE that, pursuant to CivLR 7.1(j), the Defendant County of San Diego hereby joins in motion to bifurcate trial of the negligence and *Monell* issues filed by Defendant Dale Weidenthaler (ECF Dkt. No. 297).

DATED: September 3, 2021        Office of County Counsel

                                        By: /s/ FERNANDO KISH, Senior Deputy
                                        Attorneys for Defendant County of San Diego
                                        E-mail: fernando.kish@sdcounty.ca.gov