Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Alexandria Moriarty, Elijah Moriarty, Michelle Moriarty, as Successor in Interest to Heron Moriarty and *Guardian Ad Litem* to Eternity Moriarty

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 3:17-cv-01154-TWR-AGS<br><br>**JOINT NOTICE OF PARTIAL SETTLEMENT** |

Plaintiffs recently reached a settlement with Defendant County of San Diego which includes an agreement to dismiss both the County and Dale Weidenthaler from this lawsuit. The settlement does not involve remaining defendants CPMG, Ralph Lissaur, and Amanda Daniels.

While the payment and dismissal are being processed, the settling defendants ask to be excused by the Court from all further scheduled filing and court dates, including the trial date.

Once the terms of the settlement agreement have been satisfied (which may take several weeks), Plaintiffs will move to dismiss the case as to the County of San Diego and Dale Weidenthaler.

Respectfully submitted,

MORRIS LAW FIRM, APC

Dated: October 7, 2021  s/ Danielle R. Pena
Danielle R. Pena, Esq.
dpena@morrislawfirmapc.com
Attorneys for Plaintiffs Michelle Moriarty, as Successor in Interest and *Guardian Ad Litem* to Alexandria, Elijah and Eternity Moriarty

Dated: October 7, 2021  THOMAS E. MONTGOMERY, County Counsel

By: s/ Christopher Welsh
CHRISTOPHER WELSH, ESQ.
Attorneys for Defendants County of San Diego and Alfred Joshua, M.D.