UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as a GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>                               Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No.:  17-CV-1154 TWR (AGS)<br><br>**JURY TRIAL PREPARATION AND SCHEDULING ORDER** |

On December 1, 2021, the Court held a status conference in this case. (ECF No. 356.)

IT IS HEREBY ORDERED:

<u>**Jury Trial Schedule**</u>

1. A jury trial in this matter is set for **April 5, 2022 at 9:00 a.m.** in Courtroom 3A.

<u>**Jury Instructions**</u>

2. The parties shall serve and file their jury instructions as follows:

    a.    The parties shall serve their proposed jury instructions on each other. The parties shall then meet, confer, and jointly file a complete set of agreed-upon instructions on or before **February 23, 2022**.

    b.    If the parties cannot agree upon one complete set of instructions, they are required to file, on or before **February 23, 2022**, a set of the agreed-upon instructions, and a supplemental set of instructions which are not agreed upon.

    c.    The agreed-upon instructions and any supplemental instructions not agreed upon shall state the number of the proposed instruction, the instruction itself, and any authority supporting the instruction. If any instructions are pattern instructions, the instruction shall cite the source of the instruction.

    d.    The parties shall clearly indicate any modifications of instructions from statutory authority, Ninth Circuit pattern instructions, or CACI pattern instructions and include any authority supporting the modification.

    e.    If the parties file a supplemental set of instructions not agreed upon, the party opposing the not-agreed-upon instructions shall file its objections to the instructions in writing on or before **February 23, 2022**. Any objection shall contain a concise statement of argument concerning the objection, including citations to authority.

    f.    On or before **February 23, 2022**, the parties shall email the agreed-upon instructions and any supplemental instructions not agreed upon in Word format to efile_robinson@casd.uscourts.gov.

    g.    At the final pretrial conference on **March 16, 2022**, counsel shall be prepared to discuss the instructions.

### Verdict Form

3.    The parties shall jointly file a proposed verdict form on or before **February 23, 2022**. If the parties cannot agree on a joint proposed verdict form, each

|   |   |   |
|---|---|---|
| 1 | | party shall file a separate verdict form along with written objections to the |
| 2 | | other party's proposed verdict form on or before **February 23, 2022**. |

### **Trial-Related Filings**

4. On or before **February 16, 2022**, the parties shall file a list of any witnesses who will appear by deposition and attach and designate or mark all portions of the deposition testimony which will be offered at trial. On or before **February 23, 2022**, the parties shall file (1) any objections to the opposing party's designation or marking of deposition testimony, and/or (2) counter-designations or counter-markings of any portions of the deposition testimony designated by the opposing party which the party expects to present at trial.

5. The parties shall file any proposed *voir dire* questions on or before **February 23, 2022**.

6. The parties shall file and serve trial briefs on or before **February 23, 2022**. The trial briefs shall summarize the parties' theories of the case and what they expect the evidence to show.

7. The parties shall file a joint statement of the case on or before **February 23, 2022**. The statement should be brief and concise, as the Court will read it to the jury at the outset of trial.

8. Stipulations and agreements must be reduced to writing so they can be read into the record. All facts which are not contested must be listed in a form suitable to read to the jury. The parties shall file all stipulations and agreements on or before **February 23, 2022**.

9. On or before **March 9, 2022**, the parties shall provide the Court with two copies of each exhibit, with each set of exhibits in a separate binder with tabs. So long as they are received no later than **March 9, 2022**, these exhibit binders may be mailed or hand-delivered to the Hon. Todd W. Robinson, c/o Clerk of the Court, 333 W. Broadway, Suite 420, San Diego, CA 92101. The parties shall maintain the original exhibits. On the first day of trial, each party shall

provide the Courtroom Deputy with two copies of its witness and exhibit lists in the form specified in Civil Local Rule 16.1(f)(2)(c) and (d). Counsel should waive authentication evidence of documents where authentication is not an issue. Voluminous documents or exhibits must be culled of unnecessary pages so that only relevant pages, or pages supplying context to the relevant pages, are admitted. Counsel should use summaries or charts to prove the content of voluminous documents, writings or recordings that cannot be conveniently examined in court. *See* Fed. R. Evid. 1006.

10. On or before **March 9, 2022**, the parties shall exchange any demonstrative exhibits which will be used during opening statements or during the testimony of any expert witness. Any objections to the demonstrative exhibits must be raised at the final pretrial conference on **March 16, 2022**.

### Final Pretrial Conference

11. Counsel shall appear for a final pretrial conference on **March 16, 2022, at 1:30 p.m.** in Courtroom 3A.

**IT IS SO ORDERED.**

Dated: January 4, 2022

/s/ Todd Robinson
Honorable Todd W. Robinson
United States District Judge