Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Alexandria Moriarty, Elijah Moriarty, Michelle Moriarty, as Successor in Interest to Heron Moriarty and *Guardian Ad Litem* to Eternity Moriarty

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>  Defendants. | Case No.: 3:17-cv-01154-TWR-AGS<br><br>**JOINT MOTION TO DISMISS DEFENDANT COUNTY OF SAN DIEGO, DEFENDANT DALE WEIDENTHALER, AND DEFENDANT RALPH LISSAUR, M.D.** |

Plaintiffs and Defendants County of San Diego, Dale Weidenthaler, and Ralph Lissaur, M.D. through their respective attorneys of record, respectfully submit this joint motion to dismiss Defendants County of San Diego, Dale Weidenthaler, and Ralph Lissaur, M.D. from all claims asserted by Plaintiffs in this lawsuit with prejudice. The above-referenced Parties have settled this matter. Each party is to bear their own costs and attorney's fees.

Respectfully submitted,

MORRIS LAW FIRM, APC

Dated: February 15, 2022

s/ Danielle R. Pena
Danielle R. Pena, Esq.
dpena@morrislawfirmapc.com
Attorneys for Plaintiffs Michelle Moriarty, as Successor in Interest and *Guardian Ad Litem* to Alexandria, Elijah and Eternity Moriarty

Dated: February 15, 2022

THOMAS E. MONTGOMERY, County Counsel

By: s/ Christopher Welsh
CHRISTOPHER WELSH, ESQ.
Attorneys for Defendants County of San Diego and Alfred Joshua, M.D.

Dated: February 15, 2022

LAW OFFICE OF JOSEPH T. KUTYLA

By: s/ Joseph T. Kutyla
JOSEPH T. KUTYLA, ESQ.
Attorneys for Defendant Dale Weidenthaler

Dated: February 15, 2022

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: s/ Robert W. Harrison
ROBERT W. HARRISON, ESQ.
Attorneys for Defendant Ralph Lissasur, M.D.