UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as a GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,,<br><br>Defendants. | Case No.: 17-CV-1154 TWR (AGS).<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT COUNTY OF SAN DIEGO, DEFENDANT DALE WEIDENTHALER, AND DEFENDANT RALPH LISSAUR, M.D.**<br><br>**(ECF No. 361)** |

Presently before the Court is the Parties' Joint Motion to Dismiss Defendants County of San Diego, Dale Weidenthaler, and Ralph Lissaur, M.D. from all claims asserted by Plaintiffs. ("Joint Motion," ECF No. 361.)  Good cause appearing, the Court **GRANTS** the Joint Motion.  As requested by the parties, the individual claims of Plaintiffs against Defendants County of San Diego, Dale Weidenthaler, and Ralph Lissaur, M.D. are dismissed in their entirety **WITH PREJUDICE**.

/ / /

The Clerk of the Court shall terminate Defendants County of San Diego, Dale Weidenthaler, and Ralph Lissaur, M.D. in this pending matter.

**IT IS SO ORDERED.**

Dated: February 22, 2022

_____
Honorable Todd W. Robinson
United States District Judge