Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Michelle Moriarty, as
Successor in Interest and *Guardian Ad Litem*
to Alexandria, Elijah and Eternity Moriarty

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.: 3:17-cv-01154-TWR-AGS<br><br>**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**<br><br>Magistrate: Hon. Andrew G. Schopler<br>Judge:  Hon. Todd W. Robinson |

1

Pursuant to this Court's Jury Trial Preparation and Scheduling Order [Dkt. 296], Plaintiffs submit the following proposed voir dire questions for the jury:

1. Have any of you read or seen any media accounts of this case, or any other jail death case, in the media?

2. If so, have you formed any opinions about this case?

3. Some of the causes of action in this case are based on a claim that Nurse Daniels failed to provide adequate medical care to Heron Moriarty, in particular psychiatric care. Do you think that inmates should be entitled to adequate psychiatric care while incarcerated?

4. Heron Moriarty committed suicide in jail. Plaintiffs allege that Nurse Daniels either knew or should have known that he was suicidal and that she did not take reasonable steps to address the risk of suicide. Does anyone feel that because Heron Moriarty killed himself, even if Nurse Daniels knew of the risk and failed to take reasonable steps to prevent it, she should not be held responsible?

5. Can you follow the law as expressed by the Supreme Court related to a jail medical provider's obligation to take reasonable steps to address a known risk of suicide?

6. Some of the witnesses in this case will be law enforcement officers. Will you give any more or less credence to their testimony by virtue of the fact that they are members of law enforcement?

7. The decedent in this case, Heron Moriarty, died while he was incarcerated. Will you be able to follow the law that states even people who are incarcerated have constitutional rights.

8. If you find liability, you will be asked to return an award of damages to the surviving spouse and children of Heron Moriarty for the loss of the love, companionship, and guidance of their father. Do you feel that children who lose their parent should be entitled to compensation?

9. Who here knowns someone that tried to commit suicide? What were the circumstances?

10. Do you believe that a person's intent on killing themselves, will always be intent on killing themselves?

11. Do you believe suicide can be a result of an untreated mental health disorder such as bi-polar?

12. Do you believe that a middle-aged person recently diagnosed with bi-polar disorder can be treated and rehabilitated back into society?

13. Who has a favorable opinion of law enforcement?

14. Who has a favorable opinion of the criminal justice system?

15. In this case, Plaintiffs allege Nurse Daniels failed to advocate for her patient. Do you think that an inmate should be advocated for in the context of proper mental health treatment and housing?

16.     In this case, Plaintiffs allege Nurse Daniels withheld pertinent medical information from the Multi-Disciplinary Group.  Do you think a medical provider acts unreasonable if they failed to give an accurate clinical presentation of their patient to their supervisors?

                                  Respectfully submitted,

                                  MORRIS LAW FIRM, APC

Dated:  February 23, 2022         s/ Danielle R. Pena
                                  Danielle R. Pena, Esq.
                                  Attorneys for Plaintiffs