IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>   Plaintiffs,<br><br>   v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>   Defendants. | Case No.: 3:17-cv-01154-TWR-AGS<br><br>**PLAINTIFFS' VERDICT FORM**<br><br>Magistrate: Hon. Andrew G. Schopler<br>Judge:         Hon. Todd W. Robinson |

# NEGLIGENCE

1. Individual Liability – Medical Negligence/Survival

Do you find, by a preponderance of the evidence, that Defendant Daniels was medically negligent?

Please answer "yes" or "no."

          ___ Yes           ___ No

Do you find, by a preponderance of the evidence, that Defendant Daniels' medical negligence was a substantial factor in causing Heron Moriarty's death?

Please answer "yes" or "no."

          ___ Yes           ___ No

# DAMAGES – NEGLIGENCE

*(If you have answered "yes" to the above questions, please answer the following questions.)*

What is the appropriate amount of damages you find will adequately compensate the Estate of Heron Moriarty for Defendant'(s) negligence?

Please state the amount.           $_____

# WRONGFUL DEATH

2. Individual Liability – Wrongful Death

Do you find, by a preponderance of the evidence, that Defendant Daniels' negligence was a substantial factor in causing Heron Moriarty's death?

Please answer "yes" or "no."

          ___ Yes           ___ No

///
///
///
///
///

# DAMAGES – WRONGFUL DEATH

*(If you have answered "yes" to any of the above questions, please answer the following questions.)*

What is the amount of economic damages attributable to Heron Moriarty's death?

$ _____

What are the noneconomic damages of Heron Moriarty's heirs that accrued as a result of negligence and/or medical negligence after his death?

| | |
|---|---|
| Michelle Moriarty: | $ |
| Eternity Moriarty: | $ |
| Alexandria Moriarty: | $ |
| Elijah Moriarty: | $ _____ |
| Total: | $ |

# PUNITIVE DAMAGES

Do you find, by a preponderance of the evidence, that Defendant Daniels' conduct was the result of malice, oppression, or fraud?

Please answer "yes" or "no."

___ Yes         ___ No

*(If you have answered "yes" to the above question, please answer the following question.)*

What amount of punitive damages do you award to the Estate of Heron Moriarty?

$ _____

Please date, sign and return this special verdict form.

DATED: _____        _____
                                                    Presiding Juror