Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Alexandria Moriarty, Elijah Moriarty, Michelle Moriarty, as Successor in Interest to Heron Moriarty and *Guardian Ad Litem* to Eternity Moriarty

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, DR. ALFRED JOSHUA, individually, and DOES 1 through 10, Inclusive,<br><br>  Defendants. | Case No.: 3:17-cv-01154-TWR-AGS<br><br>**PLAINTIFFS' STATEMENT OF THE CASE** |

## PLAINTIFFS' STATEMENT OF THE CASE

On the night of May 31, 2016, Heron Moriarty, age 43, committed suicide while he was an inmate in the Vista jail. The case is brought by the Plaintiffs, which consists of Mr. Moriarty's wife, Michelle, and their three children Alexandria, Elijah, and Eternity. The Estate of Heron Moriarty is also a Plaintiff in this matter. Plaintiffs contend Mr. Moriarty's suicide was foreseeable and preventable. Defendants deny these contentions and liability. Plaintiffs seek monetary damages for his death.

The defendants are:

- Amanda Daniels – a CPMG mental health nurse practitioner (herein "NP Daniels") who evaluated Moriarty at the jail on May 31, 2016, the day Mr. Moriarty committed suicide;
- CPMG – the private entity that contracted with the county to provide psychiatric services for inmates at the jail. CPMG employed NP Daniels to provide psychiatric care in the jail. CPMG is vicariously liable for claims of negligence attributed to Defendant Daniels.

Defendants deny these allegations and assert that other persons caused or contributed to Mr. Moriarty's death. Plaintiffs contend Daniels had the last and best opportunity to prevent Mr. Moriarty's suicide.

Respectfully submitted,

MORRIS LAW FIRM, APC

Dated: February 23, 2022

 s/ Danielle R. Pena
Danielle R. Pena, Esq.
dpena@morrislawfirmapc.com
Attorneys for Plaintiffs Michelle Moriarty, as Successor in Interest and *Guardian Ad Litem* to Alexandria, Elijah and Eternity Moriarty