UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 17-CV-1154 TWR (AGS)<br><br>**ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR MOTION TO DISMISS**<br><br>(ECF No. 365) |

Before the Court is the parties' Joint Motion to Continue the Trial and Related Dates (the "Joint Motion"), or, in the alternative, Defendants Correctional Physicians Medical Group and Amanda Daniels' Ex Parte Motion to Shorten Time for Motion to Dismiss (the "Ex Parte Motion"). (*See* ECF No. 365.) Good cause appearing, the Court **GRANTS** the Ex Parte Motion to shorten the briefing schedule for Defendants' Motion to Dismiss Due to Lack of Subject-Matter Jurisdiction (the "Motion," *see* ECF No. 366.). The Joint Motion will be addressed at the Motion hearing set for **March 28, 2022 at 1:30 p.m.**

Plaintiffs **MAY FILE** a response in opposition to the Motion <u>on or before March 16, 2022,</u> and Defendants **MAY FILE** an optional reply brief in support of their respective Motion <u>on or before March 23, 2022</u>.

**IT IS SO ORDERED.**

Dated: February 23, 2022

_____
Honorable Todd W. Robinson
United States District Judge

2

17-CV-1154 TWR (AGS)