LOTZ, DOGGETT & RAWERS, LLP
Jeffrey S. Doggett, Esq. (SBN 147235)
Brian T. Bloodworth, Esq. (SBN 272664)
Lotz, Doggett & Rawers, LLP
101 West Broadway, Suite 1110
San Diego, CA 92101
Tel:   619-233-5565
jdoggett@ldrlaw.com
bbloodworth@ldrlaw.com

Attorneys for Defendants CORRECTIONAL PHYSICIANS MEDICAL GROUP and AMANDA DANIELS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN DIEGO, and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-01154-TWR-AGS<br><br>**JOINT MOTION TO REINSTATE MOTIONS IN LIMINE OR FOR MOTION IN LIMINE BRIEFING SCHEDULE**<br><br>Judge: Hon. Todd W. Robinson<br>Magistrate: Hon. Andrew G. Schopler<br>Trial:　April 5, 2022 |

**COMES NOW**, the parties, Plaintiffs and Defendants CORRECTIONAL PHYSICIAN MEDICAL GROUP and AMANDA DANIELS' by and through their counsel of record jointly move this Court to reinstate previously filed motions in limine or to issue a briefing schedule.

/ / /

/ / /

---

**JOINT MOTION TO REINSTATE MOTIONS IN LIMINE OR FOR MOTION IN LIMINE BRIEFING SCHEDULE**　　　3:17-cv-01554-TWR-AGS

1

The Court's previously issued pretrial scheduling order did not include a briefing schedule for motions in limine. The parties in this case previously filed motions in limine and oppositions in 2020 before the trial was vacated due to COVID. The parties request that the Court reinstate those motions in limine.[1] But, as multiple defendants have settled since then and there has been additional meeting and conferring, the parties only request that the following motions in limine be reinstated (by reference to the ECF Document number):

For Plaintiff:

181, 182, 183, 184, and 342 (Response to Defendants' Trial Brief)

For Defendants:

156 (joined by these Defendants 178), 161 (joined by these Defendants 186), 165, 166, 167, 168, 169, 173, 175, 176, 177.

Additionally, the parties request the corresponding oppositions also be reinstated. In the alternative, the parties request a briefing schedule regarding motions in limine.

Respectfully submitted

Dated:  February 24, 2022          LOTZ, DOGGETT & RAWERS, LLP

By: s/ Brian T. Bloodworth
JEFFREY S. DOGGETT, ESQ.
BRIAN T. BLOODWORTH, ESQ.
Attorneys for Defendants Correctional Physicians Medical Group Inc. and Amanda Daniels

---

[1] The Court previously reinstated the 2020 motions in limine when the case was set for trial in 2021. ECF No. 305.

**JOINT MOTION TO REINSTATE MOTIONS IN LIMINE OR FOR MOTION IN LIMINE BRIEFING SCHEDULE**   3:17-cv-01554-TWR-AGS

| | |
|---|---|
| Dated:  February 24, 2022 | MORRIS LAW FIRM, APC |
| | s/ Danielle R. Pena |
| | Danielle R. Pena, Esq. |
| | Attorneys for Plaintiffs Michelle Moriarty, as Successor in Interest and *Guardian Ad Litem* to Alexandria, Elijah and Eternity Moriarty |

Signature Certification:

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all counsel listed above.  I have obtained Ms. Pena's authorization to affix their electronic signatures to this document.

| | |
|---|---|
| Dated: February 24, 2022 | s/ Brian T. Bloodworth |
| | Brian T. Bloodworth, Esq. |