UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORIARTY, an individual, as Successor in Interest to the ESTATE OF HERON MORIARTY and as GUARDIAN AD LITEM to ALEXANDRIA MORIARTY, ELIJAH MORIARTY, and ETERNITY MORIARTY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 17-CV-1154 TWR (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO REINSTATE MOTIONS IN LIMINE**<br><br>(ECF No. 388) |

Before the Court is the parties' Joint Motion to Reinstate Motions in Limine or For Motion in Limine Briefing Schedule. (S*ee* ECF No. 388.) Good cause appearing, the Court **GRANTS** the joint motion to Reinstate the Motions in Limine. The Court will hold a hearing on the parties' in limine motions on <u>Monday, March 28, 2022, at 1:30 p.m.</u> As requested by the parties, only the in limine motions listed in the parties' joint motion will be reinstated. Accordingly, the Clerk of the Court shall **REACTIVATE** Plaintiffs' Motion in Limine, ECF Nos. 181–184, and 342 (Response to Defendants' Trial Brief); and Defendants' Motion in Limine, ECF Nos. 156 (filed by former Defendant County of

San Diego, joined by remaining Defendants at 178), 161 (filed by former Defendant County of San Diego, joined by remaining Defendants at 186), 165-169, 173, and 175-177. Further, the Clerk of Court shall **REACTIVATE** Defendants' responses to Plaintiffs' motion in limine, ECF Nos. 225 (filed by former Defendant County of San Diego, joined by remaining Defendants at ECF No. 229), 221, 217 (filed by former Defendant County of San Diego, joined by remaining Defendants at ECF No. 219), and 226 (filed by former Defendant County of San Diego, joined by remaining Defendants at ECF No. 230); and Plaintiffs' responses to Defendant's motion in limine, ECF Nos. 228, 238, 240, 241, 243, 247, 253, 254, and 256.

**IT IS SO ORDERED.**

Dated: March 1, 2022

_____
Honorable Todd W. Robinson
United States District Judge